AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>Leonel Cuevas-Gonzalez; Victor A. Troncoso; Angel Perez; Adonis Troncoso; Yahaira Ovando-Sierra; Miguel Rivera Cosme; Claritza Cuevas-Gonzalez; Mario LNU; and Francisco Arteaga-Delgado<br>*Defendant(s)* | Case No. 15M-5104-JGD |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ in the county of   Suffolk   in the
_____ District of    Massachusetts    , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Section 846 and 841(a)(1) | Conspiracy to possess with intent to distribute, and to distribute, cocaine |
| 18 U.S.C. Section 2 | Aiding and abetting |

This criminal complaint is based on these facts:
See attached Affidavit of HSI Task Force Officer Dean A. LeVangie

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Dean A. LeVangie, HSI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   07/06/2015

_____
*Judge's signature*

City and state:   Boston, Massachusetts      Judith G. Dein, United States Magistrate
*Printed name and title*