## INTRODUCTION

I, Dean A. LeVangie, being duly sworn, depose and state as follows:

1.      I am a deputized investigative or law enforcement officer of the United States, within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

2.      I am a Massachusetts State Police Officer assigned to the Narcotics Section of the Massachusetts State Police ("MSP").  My duties include being currently assigned as a federal Task Force Officer ("TFO") with the Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI") within the Boston Organized Crime Drug Enforcement Task Force ("OCDETF") which is based in Watertown, Massachusetts.  I have been employed as a State Police Officer since June, 1988, and have been assigned to the Division of Investigative Services since October, 1993.  From October, 1992 through February, 2007 I was assigned to the Plymouth County District Attorneys Narcotics Unit.  From February, 2007, to the current date I have been assigned to the Boston OCDETF Strike Force in Watertown, Massachusetts.

3.      The Boston OCDETF Strike Force to which I am currently assigned consists of Federal law enforcement agents from ICE, the U.S. Drug Enforcement Administration ("DEA"), the Federal Bureau of Investigations ("FBI"), the U.S. Marshal's Service ("USMS") and other State and local agencies.  My duties include, but are not limited to, the investigation of narcotics violations and offenses.  I have attended numerous narcotics seminars and courses and have been involved in hundreds of narcotics arrests and investigations.  I have also been involved in, and directly made, narcotics purchases as an undercover State Police Officer in excess of one

hundred times. My current duties within the Boston OCDETF Strike include, but are not limited to, the continued investigation of narcotics violations, as well as gang activity related offenses.

4.      I have conducted and been part of numerous investigations within the Federal Task Force consisting of numerous investigations of unlawful drug distribution and importation in violation of Federal and States narcotics laws. I have also, participated in several state and federal Title III wiretap investigations, physical surveillance, surveillance of undercover transactions, the introduction of undercover agents, executions of search warrants, debriefing of informants and witnesses, and reviewed taped conversations, telephone, financial and drug records. In January 2009, I was promoted to Sergeant, and I remain deputized as a federal Task Force Agent.

5.      Through my training, experience and education, I have become familiar with the manner in which illegal drugs are imported, transported, stored, and distributed and the methods of payment for such drugs. Through my training, experience and education, I have become familiar with the manner in which narcotics organizations utilize various forms of violence and intimidation in furtherance of their narcotics trafficking activity, to protect their methodologies, members, narcotics, and narcotics proceeds. I am aware that drug traffickers commonly use cellular telephones to communicate about and further their drug trafficking activities, but are aware of law enforcement's use of electronic surveillance, and thus frequently change cellular telephone numbers, use multiple cellular phones at the same time, as well as prepaid cellular phones (where the subscriber of the phone is not required to provide personal identifying information) in an effort to thwart law enforcements use of electronic surveillance. I am also aware that drug traffickers often speak in vague, guarded, or coded language when discussing

their illegal business in an effort to further prevent detection and often use text messages in lieu of phone calls to avoid speaking over the telephone.

6.     I have personally participated in the investigation that is the subject of this affidavit, and I am familiar with the facts outlined below. This knowledge comes from my personal participation in the investigation, including interviews with, and analysis of reports submitted by, other law enforcement personnel participating in this investigation, oral and written reports of conversations and meeting with confidential witnesses, review of consensually-monitored communications, and review of line sheets of conversations intercepted pursuant to court-ordered wiretaps.

7.     Except where otherwise noted, the information set forth in this affidavit has been provided to me directly or indirectly by Special Agents of the DEA, DHS, HSI, or other law enforcement officers.  Unless otherwise noted, wherever in this affidavit I assert that a statement was made, the information was provided by another law enforcement officer (who may have had either direct or hearsay knowledge of the statement) to whom I have spoken or whose report I have read and reviewed.  Such statements are among many statements made by others and are stated in substance unless otherwise indicated. Similarly, information resulting from surveillance, except where indicated, does not set forth my personal observations, but, rather, has been provided directly or indirectly by other law enforcement officers who conducted the surveillance.

8.     This affidavit is submitted in support of an application for a criminal complaint charging the following individuals:

> a. LEONEL CUEVAS-GONZALEZ, a.k.a. Onix X. Cruzlamboy, a.k.a. "Gordo," a.k.a. "Sergio" ("CUEVAS");

b. VICTOR A. TRONCOSO, a.k.a. Victor Peña ("VICTOR" or "VICTOR TRONCOSO");

c. ANGEL PEREZ ("ANGEL");

d. CLARITZA CUEVAS-GONZALEZ ("CLARITZA CUEVAS" or "CLARITZA");

e. MIGUEL RIVERACOSME, a.k.a FREDDY ("FREDDY");

f. MARIO LNU, a.k.a. CARLOS MARIO TAMAYO-MUNOZ ("MARIO");

g. YAHAIRA OVANDO-SIERRA, a.k.a. RUBIA ("RUBIA");

h. ADONIS TRONCOSO ("ADONIS"); and

i. FRANCISCO ARTEAGA-DELGADO ("ARTEAGA")

(collectively, the "Target Subjects") with conspiracy to possess with intent to distribute, and to distribute, cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1); and aiding and abetting, in violation of Title 18, United States Code, Section 2.

9.     Because this affidavit is submitted for the limited purposes of obtaining the requested arrest warrants, I have not included every fact learned during the investigation. Rather, I have set forth only the facts that I believe are necessary to establish the requisite probable cause for issuance of the requested warrants.

## SUMMARY OF THE INVESTIGATION

A.     START OF THE INVESTIGATION

10.     As detailed below, the instant investigation targets the drug trafficking activities of LEONEL CUEVAS-GONZALEZ, a.k.a. Onix X. Cruzlamboy, a.k.a. "Gordo," a.k.a. "Sergio" (CUEVAS) and VICTOR TRONCOSO (VICTOR) and their associates. The investigation has revealed that CUEVAS, VICTOR, and their associates, are involved in the distribution of

4

cocaine in the Boston area.   CUEVAS uses several vehicles that are equipped with hidden compartments that are registered in the name of others, including one of his associates, Ayanle Mohamed Munye.   Agents believe that CUEVAS obtains supplies of cocaine and other illegal drugs from New York City, Chicago, and Mexico, some of which are coordinated by CUEVAS's brother in Mexico, Cesar Cuevas.   The initial investigation was based on information obtained from a confidential informant who has had contact with CUEVAS, an incarcerated cooperating defendant who provided historical information about CUEVAS's drug trafficking activities, and a state wiretap investigation in New York City over which CUEVAS has been intercepted in drug related conversations with a supplier of cocaine in New York City, Jose Valerio-Heredia ("Valerio").

*Information provided by CI-1 and CD-2.*

11.       In April, 2014, a confidential informant referred to as "CI-1,"[1] identified a male known to CI-1 only as "Sergio" (who has been identified as CUEVAS) as a distributor of kilograms of cocaine in the Boston area.   According to CI-1, "Sergio" informed CI-1 that he was distributing kilogram quantities of cocaine in the greater Boston area.   CI-1 described "Sergio" as a Mexican male in his mid-thirty's, approximately 5'6" in height with a medium build body type.   CI-1 also identified "Sergio's" phone number as telephone number (978) 548-0359, a phone determined to belong to, and be used by, CUEVAS ("Target Telephone 1" or "TT1").

---

[1] CI-1 has been a registered informant with ICE since approximately 2004.   CI-1 has no criminal record, and does not have any pending charges, but instead has been cooperating with law enforcement in exchange for immigration benefits that has permitted CI-1 to lawfully remain in the United States.   During the time that CI-1 has cooperated with law enforcement, CI-1 has provided information that has led to the arrest of several individuals for drug trafficking and immigration offenses and the seizure of a total of approximately $100,000 in drug proceeds as well as the seizure of cocaine.   CI-1 has also provided information that has led to the arrests of fugitive and of individuals unlawfully present after being deported from the United States. The information that CI-1 has provided to law enforcement has proven to be reliable.

12.     In July, 2012, agents interviewed a cooperating defendant, CD-2.[2]  During the interview, CD-2 told agents that he is aware of a Mexican male named LEONEL CUEVAS who goes by the name "Sergio" and resides in Randolph, Massachusetts. CD-2 told agents that CUEVAS deals in large quantities of illegal narcotics, including cocaine and prescription pills. CD-2 also told agents that CUEVAS obtained a false identity using a fraudulent Puerto Rican identification under the name of Onix Cruzlamboy. During the interview, agents showed CD-2 a Massachusetts ("MA") Registry of Motor Vehicles ("RMV") photograph of Onix Cruzlamboy, whom CD-2 positively identified as LEONEL CUEVAS, a.k.a. "Sergio" (CUEVAS).

13.     CD-2 stated that CUEVAS utilizes vehicles with aftermarket hidden compartments to transport his money and drugs to and from both Chicago to Boston and Atlanta to Boston that are capable of carrying up to five kilograms of cocaine at a time. CD-2 stated that CUEVAS owns several vehicles that have the hidden compartments, but stated that these vehicles are not registered in his name. CD-2 said that CUEVAS uses several different people to transport narcotics. CD-2 identified Ayanle Mohamed Munye ("Munye") as one of these drivers and positively identified Muyne through a MA RMV photograph. CD-2 indicated that Munye has done several load runs for CUEVAS and has done one trip out to California and back, in which Muyne picked up a large quantity of "M30's" (30 mg. Oxycodone pills).

14.     During the interview, CD-2 also admitted that CD-2 had also transported drugs for CUEVAS to and from Chicago, and stated that CD-2's last trip was in January 2014. CD-2 explained that he would drive to a hotel outside of Chicago, leave the vehicle in the hotel parking

---

[2] CD-2 is currently incarcerated under an indictment returned in the Western District of Texas charging him with conspiracy to distribute heroin, in violation of 21 U.S.C. § 846. Following his arrest on May 21, 2014, he began cooperating with law enforcement agents and provided information about CUEVAS and others.  CD-2 agreed to cooperate in hopes of obtaining a reduction in his sentence. CD-2 has proven to be reliable.

lot where it would be picked up and returned later loaded with the drugs. CD-2 identified one of CUEVAS's vehicles used to transport narcotics as a 2005 Lexus ES350 which contains a hidden compartment behind the cover to the vehicle's radio.

15.     According to records produced by AT&T Wireless pursuant to an administrative subpoena, TT1 was subscribed to Ayanle Muyne, PO Box 180045, Boston, MA.  According to CD-2, CUEVAS uses Muyne to register vehicles that are equipped with hidden compartments and used to transport narcotics and drug proceeds.   The subscriber address for TT1 was subsequently changed to Muyne's current address, 6A San Juan St., Boston, MA 02118.

*New York State Wiretap Investigation.*

16.     In May, 2014, DEA TFO Frank Feliciano from the New York OCDETF Strike Force contacted HSI Special Agent ("SA") Philip Lavoie and informed him that investigators from the DEA in New York and the New York City Police Department ("NYPD") were pursuing a state wiretap on telephone number (347) 553-9064 used by the primary target of the New York investigation, Jose Valerio-Heredia (Valerio).  According to TFO Feliciano, based on telephone records, Valerio was in frequent contact with CUEVAS's phone number, (978) 548-0359, which is Target Telephone 1 (TT1).

17.     On May 30, 2014, and June 24, 2014, respectively, the Honorable Bruce Allen, and the Honorable Bonnie Wittner, Justices of the Supreme Court of New York County, signed orders authorizing the interception of wire communications to and from cellular phone number (347) 553-9064, used by Jose Valerio-Heredia.   This wiretap was based in part on the information from a reliable, confidential informant ("CI-3") and a controlled purchase of cocaine from Valerio in April/May 2014.[3]   As further described below, during this state wiretap

---

[3]The informant involved in the New York investigation, CI-3, cannot identify any of

investigation being conducted by the DEA and the NYPD, investigators intercepted calls between Valerio and CUEVAS over TT1 during which Valerio arranged to distribute kilograms of cocaine to CUEVAS in Massachusetts.

> *June 8, 2014: Valerio and CUEVAS Discussed the Price of Cocaine in New York and the Cocaine Market in the Boston Area.*

18.     On June 8, 2014, at 4:15 p.m., Valerio received an incoming call from a male believed to be CUEVAS who was calling from TT1.   During the call, agents believe that CUEVAS and Valerio talked about the price of cocaine.   Valerio told CUEVAS, "Because these people tell me that that's skyrocket, and you tell me that is now popping over there.  I don't understand."   CUEVAS replied, "It's popping over here.  What do you mean skyrocket?" Valerio answered, "No because they told me [PAUSE].  I was called here earlier and they told me that it was very expensive.  So I said, 'Come on!  Then I don't understand, because here [PAUSE] I'm going to have to do something from over there to over here because [PAUSE] since it's popping over there and not here.  So you know."

19.     During this call, investigators believe that Valerio and CUEVAS were discussing the current price and limited availability of kilograms of cocaine in the New York City area. Investigators further believe that when Valerio and CUEVAS used the term "popping," they were referring to the market for cocaine in the Boston area (*"Because these people tell me that that's skyrocket, and you tell me that is now popping over there"*).   Investigators also believe that because the price of cocaine was so high in the New York City area, Valerio was considering coming to the Boston area to get cocaine (*"I was called here earlier and they told me that it was*

---

Valerio's suppliers of cocaine, and does not know any of Valerio's contacts in Massachusetts.  It should be noted that New York investigators believed that Ayanle Muyne, the subscriber of TT1, was the user of the TT1 and suspected that Muyne was a courier for CUEVAS (who was referred to as LAMBOY).    However, further investigation, including intercepted phone calls and surveillance, revealed that CUEVAS was the user of TT1.

*very expensive. So I said, 'Come on! Then I don't understand, because here [PAUSE] I'm going to have to do something from over there to over here because [PAUSE] since it's popping over there and not here "*).

20.     During the same call, CUEVAS asked Valerio, "How much is it popping up for over there (referring to the New York area)." Valerio responded, "Around here? Around here it is popping up at 2 and 2½. It's really not popping up, that's [PAUSE] every, every 5 days one person shows up. Understand?" In response, CUEVAS asked, "Forty-one and 42 ½?" Valerio answered, "So you know, just the same." Valerio continued, "Just the same. So they just called me, and they asked me. So I said, 'no, no, hold on. Let me make sure because that's not [PAUSE] because I can't be doing things without confirming, though.' I'm looking into it through everywhere. But everyone tells me the same thing, 'There is none. There is none. There is none.' And they don't know how to give me a number or anything. So you know."

21.     In this portion of the call, investigators believe that Valerio and CUEVAS were discussing the price of cocaine in New York and that Valerio quoted a price of $42,000 to $42,500 per kilogram of cocaine (Valerio: *"Around here? Around here it is popping up at 2 and 2½"*; CUEVAS: *"Forty-one and 42 ½?"*). Valerio further explained that someone would show up about every five days with cocaine to sell (*". . . every 5 days one person shows up . . . "*), but right now there was a shortage of narcotics in New York (*" 'There is none. There is none. There is none.' And they don't know how to give me a number or anything"*).

22.     About fifteen minutes later, on June 8, 2014, at 4:29 p.m., CUEVAS made an outgoing call over TT1 to Valerio. During the call, CUEVAS told Valerio, "You left me in shock with those high prices. The last one you gave me, I started to investigate, and they say it's going for 4-0 or with a 4-1. But now that's for the public, for . . . The maximum it can go for . . .

the maximum . . . I think I can give it at the cheapest possible." During this call, investigators believe that CUEVAS was referring to price of cocaine, and indicated that the price of cocaine was between $40,000 and $41,000 per kilogram of cocaine.

*July 24, 2014: Suspected Delivery of Cocaine from Valerio to CUEVAS.*

23.     During a series of calls intercepted over the New York state wiretap on July 23 and 24, 2014, Valerio arranged to have an unidentified male referred to as "Billy" deliver two kilograms of cocaine to CUEVAS in the Brighton area of Boston. As further described below, following these calls agents conducting surveillance in the Brighton area of Boston observed CUEVAS meet with a male believed to be Billy who was driving a silver Avalon automobile with New York license plates. Starting around 10:20 a.m., agents observed CUVEAS and Billy engage in a series of counter-surveillance maneuvers and wiretap calls indicating that CUEVAS and Billy had spotted what they believed to be police surveillance.

24.     In particular, on July 23, 2014, at 5:38 p.m., CUEVAS made an outgoing over TT1 to Valerio and the following conversation took place:

VALERIO:     Tell me.

CUEVAS:      What happened? What happened? What happened?

VALERIO:     Oh, yes. Yes. It can be done. Yes. He [Valerio's supplier] told me yes already.

CUEVAS:      If you can't [bring] the three (kilograms of cocaine), bring me at least two (kilograms of cocaine). But bring me something already!

VALERIO:     No, no, no. I will take it [the cocaine] over to you early tomorrow. It's alright. No problem. [LAUGHS] You already know. That's already… He [Valerio's supplier] already gave me his word. He told me "yes."

CUEVAS:      [STUTTERS] I'm going to get… I'm going to take it [the cocaine] from your hands, because these people might change [U/I]

[VOICE OVERLAP]

10

| | |
|---|---|
| VALERIO: | No, no. I am going to get it [the cocaine[. I'm going to get it. He told me [U/I][VOICE OVERLAP] |
| CUEVAS: | So often he [Valerio's supplier[ changes his [U/I]... He says "no, it's ready," and then next day the say something different. No,    no,  no,  no,  no. [VOICE OVERLAP] |
| VALERIO: | No, no. I am going in a bit. I'm waiting for the traffic jam to go down, to go get it [the cocaine] myself. |
| CUEVAS: | [STUTTERS] Call me when you have that [the cocaine] in your hands, so that I may... So that I do [U/I] over here. |
| VALERIO: | Alright. Okay. |
| CUEVAS: | I'll wait for your call. Alright? |
| VALERIO: | Okay. Alright. |
| CUEVAS: | Bye-bye. |

25.     In the foregoing call, agents believe that CUEVAS asked Valerio to bring him between two and three kilograms of cocaine (*"If you can't (bring) the three, bring me at least two. But bring me something already!"*). Valerio, in turn, indicated that he was going to go get the cocaine from his supplier in New York himself (*"No, no. I am going in a bit. I'm waiting for the traffic jam to go down, to go get it myself"*).

26.     During a series of calls later that same evening, on July 23, 2014, Valerio arranged for a courier referred to as "Billy" to deliver the cocaine to CUVEAS in the Boston area. For example, at 9:23 p.m., CUEVAS made an outgoing call over TT1 to Valerio. During the call, CUEVAS said, "No, no. You tell me, you have me waiting for your call." CUEVAS asked, "What time tomorrow?" Valerio replied, "Very early tomorrow. Don't make him (Valerio's courier Billy, who is transporting the cocaine) wait much. Right?" CUEVAS said, "No, send him early, that he may come here early." Valerio replied, "He will get there early.

Don't worry." CUEVAS said, "Tell him [STUTTERS] to the gymnasium . . . He knows how to get to the gymnasium. Right?"

27.     On July 24, 2014, SA Barnett informed SA Lavoie that based on intercepted phone calls from the New York wiretap, New York investigators believe that one of Valerio's couriers, "Billy," would be delivering the cocaine to CUEVAS and would be driving to Boston in a Toyota Avalon automobile bearing New York registration number GEL1791. Further intercepted calls revealed that "Billy" was in possession of one of Valerio's cellular phones, phone number (347) 553-9064, that was the subject of the New York state wiretap. As further described below, during the morning of July 24, 2014, investigators in New York intercepted several calls between "Billy" and CUEVAS about "Billy" arranging to deliver the cocaine to CUEVAS. During each of the calls, CUEVAS was intercepted using TT1.

28.     For example, on July 24, 2014, at 9:22 p.m. CUEVAS received an incoming call over TT1 from a male who referred to himself as "Billy" (hereinafter Billy LNU) who was calling from one of Valerio's phone numbers (347) 553-9064. CUEVAS answered the call and said, "What's up, buddy?" Billy LNU said, "It's Billy speaking, sir." CUEVAS replied, "How are you Billy?" Billy LNU then informed CUEVAS, "I'll be there in 20 minutes." CUEVAS said, "Okay. The buddy (referring to Valerio) fell asleep?" Billy LNU said, "No, I will explain later." Thereafter, during a call at 10:06 a.m., Billy LNU indicated to CUEVAS that he was lost and CUEVAS arranged to text Billy LNU the exact address where he was located so Billy LNU could put the address into his GPS navigation device.

29.     At approximately, 10:20 a.m., SA Lavoie, conducting surveillance, observed a silver Toyota Avalon automobile bearing New York registration GEL1791, operated by a Hispanic male, believed to be Billy LNU, driving on Commonwealth Avenue in the Brighton

area of Boston. Agent Lavoie maintained surveillance of the silver Avalon as it made a left turn onto Chiswick Road in Brighton, before it travelled into the neighborhood and out of sight. (As described later in this affidavit, CUEVAS maintains a drug stash house at 22 Chiswick Road in Brighton, MA, very near Strathmore Street.) Approximately two minutes later, SA Lavoie observed the Avalon parked along the curb in front of 74 Strathmore Street in Brighton, Massachusetts. The operator of the Avalon, a Hispanic male, wearing a red polo shirt and blue jeans, believed to be Billy LNU, exited the Avalon and placed two objects inside the trunk of the vehicle before returning to the driver's seat. At approximately 10:35 a.m., TFO Michael Feeney saw the Avalon pull out and reposition along the curb approximately 300 yards down Strathmore Street. The operator (Billy LNU) remained inside the vehicle.

30.     At approximately 10:50 a.m., SA Lavoie observed CUEVAS walking down Strathmore Street, but was unable to observe how CUEVAS arrived in the area. Approximately two minutes later, TFO Feeney observed the operator of the Avalon (Billy LNU) exit the Avalon walk down Strathmore Street, cross Englewood Avenue and walk in the direction of Beacon Street. Around the same time, TFO Feeney observed CUEVAS walk in the same direction. Based on my training and experience, the actions of Billy LNU and CUEVAS are consistent with counter-surveillance. In particular, based on my training and experience, a drug dealer with a large quantity of drugs in his car, and a drug buyer who was picking up the large quantity of drugs, might leave the car containing the drugs, and return later to conduct the drug transaction, in order to detect and/or avoid surveillance by law enforcement.

31.     At approximately 10:55 a.m., HSI SA Matthew Langille observed CUEVAS and Billy engage in conversation and get onto the Green Line MBTA Train. SA Langille maintained visual surveillance of the train as it travelled on Beacon Street towards Kenmore Square. After

briefly losing surveillance of the train, SA Langille observed CUEVAS and Billy LNU at the Kenmore Square T-stop and, shortly thereafter, getting into a cab. Agents did not conduct surveillance of the cab.

32.     During a call intercepted over the New York wiretap at 12:52 p.m. on July 24 2014, Billy asked Valerio about the location of the magnet (to open and close the "hide" in the Avalon where the drugs were concealed). In particular, Billy LNU asked, "Billy: Where did you put the magnet?" Valerio replied, "In the middle, in the big thing in the middle." Valerio described the magnet as "like the ones you put up on the refrigerator" and Billy LNU responded, "Okay. Nothing we are going to move now." Valerio said, "Alright, you call me when everything is secure/for sure." Based on my training and experience, I know that a "hide" compartment in an automobile is frequently used by drug traffickers to conceal drugs and drug proceeds and is operated (opened and closed) by the use of a magnet.

33.     At approximately 1:46 p.m., SA Lavoie observed CUEVAS driving a 2004 gray Audi Sedan automobile bearing MA registration RT7983 on the opposite side of Beacon Street, nearby Strathmore Street where the Avalon was parked. (During this time, and throughout the day on July 24, 2014, law enforcement officers were conducting surveillance of the Avalon parked on Strathmore Street). Based on my training and experience, I believe that CUEVAS was conducting counter-surveillance to detect whether law enforcement officers were conducting surveillance of, or near, the Avalon.

34.     At approximately 1:57 p.m. on July 24, 2014, the following conversation between Billy and Valerio was intercepted on the New York Wiretap. During the conversation, I believe that Billy LNU told Valerio that law enforcement officers were watching him and the Avalon. Also during the conversation, CUEVAS (who was with Billy) got on the phone and discussed

14

with Valerio the possibility of having friends with cars block the police surveillance cars, apparently to prevent the police from following the Avalon when it's driven away.

BILLY:      Buddy, things are ugly.

VALERIO:    What happened?

BILLY:      They are there still, they haven't moved.

VALERIO:    But they are inside the SUV

BILLY:      Inside the SUV.

VALERIO:    Can you see inside, to see how they look?

BILLY:      They are cops, I know what I'm telling you, they moved the SUV from one side to another, they are in front now. They were behind me, now they in front. They were behind me when I left and one of them got out of the SUV, he walked with us until the train, we got in the train and we left. They are in front now.

VALERIO:    They in front the car, close to the car.

BILLY:      No, in front, the car is in the middle of the block and they are up the cross street in the block, but they haven't move, the same car, the same people.

VALERIO:    . The guy can get someone to block the car.

BILLY:      We are giving them time, but the thing is that one of them is going to have to drive, because I don't know my ways over here.

VALERIO:    Put the guy on.

BILLY:      Wait.

[CUEVAS COMES TO THE PHONE]

VALERIO:    Do you have friends that have cars, so that they can block them, that way the car can leave.

CUEVAS:     Yes.

VALERIO:    Because that's what you guys need to do, block them with two cars, so when they want to come out they can't.

CUEVAS:     Okay, let me plan that then.

VALERIO:     Okay.

35.     Intercepted calls over the New York wiretap later on July 24, 2014 revealed that Valerio was driving to Boston to assist in the drug deal with CUEVAS.  During these calls, Valerio was intercepted using his second cellular phone that is the subject of the New York state wiretap.  For example, at 5:10 p.m., Valerio called CUEVAS at TT1 and informed him that he would be there (in the Boston area) in about an hour. CUEVAS replied, "We'll see each other then."  Valerio then asked, "No... Were they (the police) there when you all passed again?" CUEVAS replied, "No, we are going to pass by (the Avalon). We are going over there, on our way over there. To pass a bit later and see. Whenever we pass by there, [STUTTERS] we will let you know. We will see in about 30 (minutes)."  At 6:40 p.m., CUEVAS made an outgoing call over TT1 to Valerio and told Valerio that they (BILLY and CUEVAS) were located about 10 minutes from the Avalon: "From where I'm at to over there (to where the Avalon is located on Strathmore Street) it's 10 minutes. Come here, we'll plan things out, and if we have to do something, we'll be in three cars."

36.     After these calls, at approximately 8:07 p.m., SA Langille, who was conducting surveillance a short distance away, observed a White Honda Accord automobile bearing New Jersey registration number S40ELE (believed to be occupied by Valerio and the same car that New York investigators had observed Valerio drive in New York) drive slowly past the Avalon parked on Strathmore Street and continue around the block. At approximately 9:22 p.m., SA Langille observed CUEVAS's 2004 gray Audi Sedan automobile bearing Massachusetts registration RT7983 (believed to be occupied by CUEVAS) drive down Strathmore Street.  At the same time, SA Langille observed a red Jeep Patriot automobile bearing Massachusetts Registration number 977SR1 driving directly behind in tandem with CUEVAS's gray Audi. (The

16

driver of the Jeep Patriot was not identified).   Agent Langille saw the gray Audi pull over approximately four car lengths in front of the Avalon (on the same side of the street) and park. The Jeep Patriot, driving immediately behind the gray Audi, appeared to momentarily slow down as it passed the Avalon. As the gray Audi pulled over and parked, the Jeep Patriot continued on and drove around the block.

37.     About one minute later, SA Langille observed the Avalon's four-way hazard lights flash once, indicating that a key was used to remotely lock or unlock the doors of the Avalon. At the same time, SA Langille observed the Jeep Patriot approaching the Avalon. The Jeep Patriot again appeared to slow down, or briefly stop, shortly before it passed the Avalon. Almost immediately thereafter, SA Langille saw two individuals, one of whom appeared to be wearing a red shirt (believed to be Billy LNU), near the Avalon. The Jeep Patriot then continued down Strathmore Street, passing the Avalon and the gray Audi. During the next thirty minutes, SA Langille observed the gray Audi drive around the block approximately six or seven times. During that same time, SA Langille also observed the Jeep Patriot on Strathmore Street approximately three times.

38.     Based on my training and experience, I believe that the individuals in both the gray Audi (believed to be CUEVAS) and the Jeep Patriot were conducting counter-surveillance to detect whether they were being observed or followed by law enforcement officers. Due to these apparent counter surveillance maneuvers, agents discontinued surveillance of the Avalon in order to avoid further detection by CUEVAS, Valerio, and BILLY LNU. At approximately 10:00 a.m. the next day, July 25, 2014, TFO Michael Feeney drove down Strathmore Street in Brighton and observed that the Avalon was no longer parked in the area.

17

## B.   THE MASSACHUSETTS WIRETAP INVESTIGATION

39.   As described in more detail below, over the course of the investigation, law investigators obtained court-authorization to intercept wire communications made over five telephones.  Three of the telephones are, or were, used by CUEVAS: (978) 548-0359 ("Target Telephone 1" or "TT1"); (857) 201-2119 ("Target Telephone 4" or "TT4"); and (978) 902-4304 ("Target Telephone 5" or "TT5").   Two of the telephones are, or were, used by VICTOR TRONCOSO: (857) 212-3523 ("Target Telephone 2" or "TT2"), and (617) 373-0881 ("Target Telephone 3" or "TT3").  (Target Telephones 1-5, collectively, are referred to herein as "the Target Telephones".)  The time periods during which TT1, TT2, TT3, TT4, and TT5 were, or are being, intercepted is summarized in the chart below.

| Target Telephone | Telephone Number | Primary User | Dates of Interception |
|---|---|---|---|
| TT1 | (978) 548-0359 | CUEVAS | September 4, 2014 – December 23, 2014[4]; January 21, 2015- March 5, 2015 |
| TT2 | (857) 212-3523 | VICTOR TRONCOSO | November 1, 2014 – November 18, 2014; January 21, 2015– March 25, 2015[5] |

---

[4] Patti B. Saris, United States District Court Judge for the District of Massachusetts ("Judge Saris"), signed an Order authorizing the initial interception of wire communications to and from TT1 on September 3, 2014.   Judge Saris signed Orders authorizing continued interception of wire communications made over TT1 on October 2, October 31, and November 26, 2014, and on January 20 and February 24, 2015.  Judge Saris's Orders on October 2, October 31 and November 26, 2014, and February 24, 2015, also included authorization to intercept electronic communications (text messages) to and from TT1.

[5] Judge Saris authorized the initial interception of wire communications to and from TT2 on October 31, 2014.   Interception terminated on November 18, 2014.  On January 20 and February 24, 2015, Judge Saris authorized continued interception of wire communications to and from TT2.

| TT3 | (617) 373-0881 | VICTOR TRONCOSO | January 21 – February 1, 2015 |
| TT4 | (857) 210-2119 | CUEVAS | June 8, 2015-Present |
| TT5 | (978) 902-4304 | CUEVAS | June 8, 2015-Present |

40.     The interception of wire communications over TT1 began on September 4, 2014. Since interception of the Target Telephones began, law enforcement has intercepted hundreds of telephone calls, and some text messages, that show CUEVAS, VICTOR TRONCOSO (VICTOR), and their associates, engaging in cocaine trafficking.  The calls show, among other things: CUEVAS and VICTOR negotiating prices with and purchasing kilogram quantities of cocaine from sources of supply (including Valerio); arranging sales of cocaine with their customers (including MARIO and ARTEAGA); directing their couriers/runners (including ANGEL, CLARITZA, RUBIA, FREDDY and ADONIS) to prepare and sell drugs to customers, to transport or handle narcotics/proceeds; and to store and process narcotics and narcotics proceeds at various locations and stash houses.  In conjunction with the interception of calls involving CUEVAS, VICTOR, and the other Target Subjects, on multiple occasions, I and other agents conducted physical surveillance of suspected drug transactions.

41.     As described in detail below, the interception of calls and text messages, as well as physical surveillance, lead to several seizures of drugs and drug proceeds by law enforcement. For example, on October 15, 2014 law enforcement officers seized of approximately 2.2 pounds of cocaine from FRANCISCO ARTEAGA-DELGADO (ARTEAGA) following the sale of the cocaine to ARTEAGA by CUEVAS in a transaction also involving VICTOR and ADONIS.  On February 11, 2015, law enforcement officers seized approximately $107,590.00 from Valerio, one of CUEVAS's cocaine suppliers, immediately after he (VALERIO) sold three kilograms of cocaine to CUEVAS in a transaction also involving VICTOR, ADONIS, ANGEL, and

19

CLARITZA.  On February 13, 2015, police arrested, and seized approximately 190 grams of cocaine from, FREDDY, a runner/courier for VICTOR.

42.     In the following paragraphs, I have included excerpts and summaries of some of the more relevant intercepted calls and text messages.[6] These excerpts and summaries of phone conversations and text messages are preliminary transcripts.  In these excerpts and summaries, enclosed in parenthesis or brackets, I have included comments and interpretations (and those of other law enforcement officers participating in the investigation) regarding the meaning and significance of some of these phone calls which are based on my training and experience, the training and experience of other law enforcement agents participating in the investigation, and the results of the investigation to-date.  The times ascribed to the phone conversations, text messages, and all the other events described herein are approximate.

*September 4 and 5, 2014: CUEVAS discusses cocaine sales with ANGEL.*

43.     During the following intercepted calls, CUEVAS, on TT1, speaks with ANGEL PEREZ (ANGEL), who uses phone number (978) 530-8852.  ANGEL is a drug courier/runner for CUEVAS.

44.     I believe that during the following call on September 4, 2014, at 4:58 p.m., CUEVAS and ANGEL discuss: whether CUEVAS has any good quality cocaine for one of their customers ("Crookley"); and that ANGEL has two or three other cocaine customers that want cocaine.

CUEVAS:     What's up, man?

ANGEL:     Well, I was gonna ask you... Where are you?

CUEVAS:     Here at the house.

---

[6] Only a sampling of the relevant calls and text messages are included here.

ANGEL:      Oh, okay. Hey man, I was going to ask you.  Do you have anything
            [cocaine] for Crookley [Phonetic]? I don't have any of the bad ass [good
            quality] stuff.

CUEVAS:     Yes.

[Later in the conversation]

ANGEL:      Oh, okay, right now El peque [small guy] is kind of broke but um…Because I
            have like two or three guys [cocaine customers] that want something [cocaine].

CUEVAS:     Okay.

ANGEL:      Okay, I'll give you a call in a little bit, man.

45.    I believe that during the following call on September 5, 2014 at 3:45 p.m.,
CUEVAS, on TT1, and ANGEL, using phone number (978) 530-8852, discuss: whether
CUEVAS has any different or better quality drugs than previously; that two drug customers
complained to ANGEL about the quality of the drugs; that, according to CUEVAS, those drugs
were all that he had at that time; and that, according to the ANGEL, he had a dispute with a drug
customer who said he was going to return some of the drugs sold to him because of their poor
quality.

ANGEL:      You have anything [drugs] different [of better quality]? Two guys
            [drug customers] have already complained to me [about the quality
            of the drugs] already, bro'.

CUEVAS:     Why?

ANGEL:      The one from 4-0-0… I don't know… They say that it's [the cocaine] different…I
            dunno.  What do you think?

CUEVAS:     That's what was left [all the drugs I had].

ANGEL:      I just had a dispute with a guy [drug customer] because he got two [possibly two
            half-ounce or quarter-ounce bags of cocaine] from me and said that he was going
            to return one to me because the other one wasn't [happy with the quality]… you
            understand? I'm going now to the store now.

CUEVAS:     Alright.

46.     I believe that during the following call on September 5, 2014, at 10:08 p.m., CUEVAS, on TT1, and ANGEL, his drug courier (using phone number 978-530-8852), discuss that ANGEL is driving a car that has a hidden compartment (a "hide") for drugs. CUEVAS tells ANGEL not to go far with that car (with drugs) and to be careful. ANGEL tells CUEVAS that he leaves the drugs at the house when he uses the car for other purposes.

CUEVAS:     Don't go so far with that car [the car with the hide (hidden compartment for drugs)] like that [with drugs in the car], man.

ANGEL:     Oh no, you're crazy, buddy. I leave all the work [drugs] at the house, bro'. You're crazy. I do things right. That's rough.

CUEVAS:     Well, you be careful afterward, man.

ANGEL:     Yes, you know that I'm always cool, man.

### September 17 and 18, 2014: VICTOR TRONCOSO purchased and picked up cocaine for CUEVAS, who resold (and delivered) the cocaine to his customer MARIO.

47.     Based on a series of intercepted calls, and related surveillance, described below, agents believe that during September 17-18, 2014: VICTOR TRONCOSO (VICTOR), at CUEVAS's direction, purchased and picked up one kilogram, or one-half kilogram, of cocaine for CUEVAS; VICTOR delivered the cocaine to CUEVAS; CUEVAS negotiated the sale of that cocaine to his drug customer MARIO LNU, a.k.a. CARLOS MARIO TAMAYO-MUNOZ (MARIO) for approximately twenty-three thousand dollars; and VICTOR then drove CUEVAS to meet with, and deliver the cocaine (believed to be one-half kilogram), to MARIO.

48.     On September 17, 2014 at approximately 2:00 p.m., a call between VICTOR TROCOSO (VICTOR), using phone number (857) 212-3523, and CUEVAS, using TT1, was intercepted on TT1. During the call, I believe that: VICTOR told CUEVAS that a cocaine supplier called him concerning cocaine the supplier had available; that VICTOR asked CUEVAS

if he should go look at and purchase the cocaine; and that CUEVAS told VICTOR to buy and

bring him (CUEVAS) a kilo, or a half-kilo, of cocaine.

VICTOR:      [Coughs] Look... they [a cocaine source/supplier] called me so that I
             can go see something [cocaine] right now. Can I go see you/it?

CUEVAS:      Yes, bring me [cocaine].

             [Later in the conversation]

CUEVAS:      Alright, we'll meet at your house...

VICTOR:      I'll call you later.

CUEVAS:      I'll come pick you up.

49.    On September 17, 2014, at 6:06 p.m., approximately four hours after the

intercepted call described immediately above, a call from VICTOR (using number (857) 212-

3523) to CUEVAS was intercepted on TT1.  During the call, described below, I believe that

VICTOR told CUEVAS: to have the money to purchase the cocaine ready; and that he

(VICTOR) was going to purchase the cocaine from their supplier that night.

VICTOR:      Buddy, have the papers [the money to buy the cocaine] ready. I'm
             going to head  over there [to the cocaine supplier] tonight. You
             heard?

CUEVAS:      Okay.

VICTOR:      That's fine.

CUEVAS:      Okay.

50.    At 9:00 p.m. on September 17, 2014, approximately two hours and fifty-four

minutes after the phone call described immediately above, agents conducting surveillance saw

CUEVAS drive a gray Acura MDX automobile bearing Massachusetts Registration Number

RWBW76 (the "gray Acura") from his residence at 346 Grove Street in Randolph, MA

("CUEVAS's residence") to the LA Fitness gym located at 3 Hawes Way in Stoughton, Massachusetts.[7]

51.     Approximately fourteen minutes later, at approximately 9:14 p.m. on September 17, 2014, the following call from CUEVAS, on TT1, to VICTOR, using phone number (857) 721-3523, was intercepted on TT1. During the call, I believe: that CUEVAS told VICTOR that he was at, or about to arrive at, the gym; and that they agreed that VICTOR would meet CUEVAS at the gym after his workout (to deliver the cocaine to CUEVAS).

VICTOR:     Talk to me, buddy!

CUEVAS:     Buddy, I'm about to arrive here [at the gym] now.

VICTOR:     Where are you?

CUEVAS:     Here at the gy...[gym]

VICTOR:     Uh-huh. I'll head over there when you're coming out.

CUEVAS:     Okay then.

VICTOR:     That's fine.

52.     Approximately one minute later, at 9:15 p.m. on September 17, 2014, a call from CUEVAS, on TT1, to his cocaine customer MARIO, using phone number (617) 470-9377, was intercepted on TT1.   During the call, described below, I believe that CUEVAS and MARIO negotiated the sale of cocaine from CUEVAS to MARIO for twenty-three thousand dollars. Agents further believe that the cocaine CUVAS agreed to sell to MARIO was the cocaine that VICTOR was delivering to CUEVAS at the gym.

CUEVAS:     Tomorrow, God willing, at like eight in the morning [we will do
            the cocaine deal][8].

_____

[7] During the investigation, agents conducting surveillance have frequently seen CUEVAS driving the gray Acura.

24

MARIO:      Really?

CUEVAS:     Yes.

MARIO:      The number [what price]?

CUEVAS:     It's going to be 23 [23 thousand dollars].

MARIO:      Okay then.

CUEVAS:     Alright then. Take care.

   53. Approximately eighty-one minutes later, at 10:36 p.m. on September 17, 2014, the following call from CUEVAS, on TT1, to VICTOR, using phone number (857) 212-3523, was intercepted on TT1. During the call, I believe that VICTOR told CUEVAS that he was meeting with some people and got held up, and would arrive at the gym to pick up CUEVAS (and deliver the cocaine) in ten or twenty minutes.

CUEVAS:     How long before you get here?

[Later in the conversation]

CUEVAS:     In 30 minutes, 20 minutes? How long?

VICTOR:     Yeah, I'm about to arrive there now. I was meeting with some people here, buddy. You Know that I'm the wizard of the area.

[Later in the conversation]

VICTOR:     Are you already at home?

CUEVAS:     No, to see whether I should hurry up or stay longer in the sauna. That's why I'm asking you.

VICTOR:     No, get out of the sauna. I'm already here. I'm already... [Stammers] I'll be there in 10 minutes.

CUEVAS:     Okay, that's fine. I'll see you there then.

---

 [8] As described below, I believe that CUEVAS actually delivered the cocaine to MARIO later that night.

54.     Nine minutes later, at approximately 10:45 p.m. on September 17, 2014, Massachusetts State Police Sergeant Charles Kane, while conducting surveillance, saw a white Chrysler Crossfire automobile bearing Massachusetts Registration Number FW617C, and believed to be operated by TRONCOSO[9] (the "Chrysler Crossfire"), drive into the parking lot at the LA Fitness gym at Hawes Way in Stoughton, MA and park next to CUEVAS's gray Acura. The driver remained in the Chrysler Crossfire. At approximately 10:53 p.m., Task Force Officer Scott Brooks, while conducting surveillance, saw CUEVAS come out of the gym carrying a black gym bag. CUEVAS put the gym bag in the passenger side of his gray Acura automobile and got into the front passenger seat of the Chrysler Crossfire. At approximately 10:59 p.m., CUEVAS got out of the Chrysler Crossfire, got into the gray Acura, and both cars drove away in tandem.

55.     Eleven minutes later, at approximately 11:04 p.m., HSI Special Agent Matthew Langille, while conducting surveillance, saw the Chrysler Crossfire and the gray Acura both arrive at CUEVAS's residence. SA Langille saw VICTOR TRONCOSO remain in the Chrysler Crossfire, parked in the driveway, while CUEVAS entered the residence.

56.     Approximately five minutes later, at 11:09 p.m., the following call from CUEVAS, on TT1, to MARIO, using phone number (617) 470-9377, was intercepted on TT1. During the call, I believe that CUEVAS told MARIO that he would meet MARIO at MARIO's house (to deliver the cocaine) in half-an-hour.

CUEVAS:     MARIO, are you at your house?

MARIO:      Um, I'll be there.... I'm at work.

CUEVAS:     When... How long before you arrive?

---

[9] During the investigation, agents conducting surveillance have frequently observed TRONCOSO driving the Chrysler Crossfire.

MARIO:      Like in a half an hour.

CUEVAS:     Okay, I'll see you there in a half an hour.

57.    Shortly thereafter, at approximately 11:13 p.m., while conducting surveillance, Special Agent Langille saw CUEVAS come out of his residence and get into the front passenger seat of the Chrysler Crossfire. The Chrysler Crossfire then drove away.

58.    At 11:45 p.m., the following call from CUEVAS, on TT1, to MARIO, using phone number (617) 470-9377, was intercepted on TT1. During the call, I believe that MARIO told CUEVAS that he (MARIO) was at his house, and Cuevas told MARIO he would be there in eight minutes.

MARIO:      Hello, I'm already at the house. The door is open.

CUEVAS:     Okay, I'll be there in like 8 minutes.

MARIO:      Okay.

59.    Approximately two minutes later, at 11:47 p.m., Task Force Officer Scott Brooks, while conducting surveillance, saw the Chrysler Crossfire pull over in the vicinity of 1579 Beacon Street in Brookline, MA. (1579 Beacon Street in Brookline, MA was MARIO's then residence). Surveillance of the Chrysler Crossfire was lost temporarily, but at 11:53 p.m., Special Agent Langille saw the Chrysler Crossfire drive away from the vicinity of 1579 Beacon Street in Brookline. (I believe that after dropping off CUEVAS near MARIO's residence, the operator of the Chrysler Crossfire, believed to be VICTOR, was conducting counter-surveillance.)

60.    At 11:57 p.m., the following call from CUEVAS, on TT1, to MARIO, using phone number (617) 470-9377, was intercepted on TT1. During the call between CUEVAS and MARIO, I believe that CUEVAS told MARIO to open the door to his house (that CUEVAS had arrived to deliver the cocaine).

MARIO:       Hello.

CUEVAS:      Open the door, MARIO.

61.    Nine minutes later, at approximately 12:06 a.m. on September 18, 2014, Massachusetts State Police Trooper Keith Pantazelos, while conducting surveillance, saw CUEVAS come out of the front door of 1579 Beacon Street in Brookline while carrying a bag in his hand. I believe that the bag contained the money (believed to be twenty-three thousand dollars based on the price ("the number") stated above by CUEVAS) that MARIO paid CUEVAS in return for cocaine delivered to MARIO by CUEVAS. At approximately the same time, Special Agent Langille saw the Chrysler Crossfire arrive nearby. Special Agent Langille then saw CUEVAS get into the Chrysler Crossfire. The Chrysler Crossfire then drove away.

62.    At 12:43 a.m., while conducting surveillance, I saw the Chrysler Crossfire arrive at CUEVAS's residence. At 1:53 a.m., The Chrysler Crossfire drove away from CUEVAS's residence.

*September 29 2014: CUEVAS and FREDDY discussed meeting to process and dilute cocaine.*

63.    During the following call intercepted on September 29, 2014, at 11:51 a.m., CUEVAS, on TT1, called Miguel RiveraCosme, a/k/a FREDDY (FREDDY), who was using phone number (857) 267-0603. FREDDY is a drug runner/courier for (and is believed to be the brother of) VICTOR TRONCOSO. I believe that during the call, CUEVAS and FREDDY discuss: meeting (to process drugs/cocaine at 1 Gardner Street in Roxbury, MA[10]); and whether CUEVAS or FREDDY have materials to process cocaine (acetone, used to process cocaine, and cutting agents, like inositol, used to dilute cocaine).

---

[10] 1 Gardner Street in Roxbury, MA is the residence of ADONIS TRONCOSO and a location used by CUEVAS, VICTOR, and their associates, to stash drugs and money, and to prepare and process drugs.

28

CUEVAS:     Are you there [at ADONIS's apartment at 1 Gardner Street, Roxbury, MA]? I'll be there in 20 min[utes].

FREDDY:     Well come.

CUEVAS:     What was I going to ask you? Do you have there...The thing that is used to clean... to clean the paint [acetone, commonly used in the processing of cocaine].

FREDDY:     No, there is nothing here.  I told him [possibly a third party (VICTOR) with whom they are processing cocaine] yesterday, last night I told [unintelligible] that you didn't have anything [acetone and possibly other materials to process or dilute cocaine (like inositol)] on you.

CUEVAS:     Damn. That thing [Acetone (which is highly flammable)] is dangerous, man.

FREDDY:     [Unintelligible] I had told him that.   That's why I told the chubby guy [CUEVAS's drug courier ANGEL] that you weren't going to bring all of that [cocaine processing materials].

CUEVAS:     Alright

> *October 3 and October 4, 2014: CUEVAS and MARIO arranged for CUEVAS to pick up money MARIO owed CUEVAS for cocaine.*

64.     I believe that during three calls intercepted on TT1 on October 3-4, 2014 (described in the three paragraphs immediately below), CUEVAS, on TT1, and MARIO, using telephone number (617) 470-9377, discussed and arranged for CUEVAS to pick up money MARIO owed to CUEVAS (for cocaine).

65.     I believe that during the following call on October 3, 2014, at 11:21 a.m., CUEVAS asked MARIO whether he (MARIO) has money (to pay CUEVAS for cocaine). MARIO responded that he thought he might have money that afternoon, and that he would call CUEVAS in the afternoon.

CUEVAS:     You have something [money, payment for cocaine] for me there?

MARIO:      I think that [I'll have money] for the afternoon.

CUEVAS:     Alright

MARIO:      I'll call you in the afternoon

29

66.     That evening, at 8:35 p.m. on October 3, 2014, CUEVAS, on TT1, again spoke with MARIO (using phone number 617-470-9377).   During the call (described immediately below), I believe that CUEVAS asked MARIO how much money he had (to pay CUEVAS for cocaine).   MARIO replied that he had four or five thousand dollars. CUEVAS then said he would go to see MARIO early the next day (to pick up the money).

CUEVAS:     Oh! How much [money] do you have?

MARIO:      I think that there's like 4 or 5 [four or five thousand dollars].

CUEVAS:     I'll go by there early tomorrow.

67.     The following morning, at 10:33 a.m. on October 4, 2014, CUEVAS, on TT1, spoke again with MARIO (using phone number 617-470-9377).   During the call, CUEVAS told MARIO, "I'll be there [at MARIO's location] in five minutes [to pick up the money]."

*October 4, 2014: CUEVAS and VICTOR TRONCOSO discussed purchasing cocaine.*

68.     On October 4, 2014, at 3:29 p.m., the following call between VICTOR TRONCOSO (VICTOR), on TT2, and CUEVAS, on TT1, was intercepted on TT1. During the call, I believe: that CUEVAS asked VICTOR if he had any cocaine; that VICTOR said that he did not have any cocaine; that CUEVAS told VICTOR to get him a kilo (of cocaine); and that VICTOR responded that there is no cocaine ("nothing") right now, but that he expected to get cocaine that weekend.

CUEVAS:     What's the situation looking like right now? [Do you have any cocaine] How's the situation?

VICTOR:     What are you doing? The situation is tough. [I don't have any cocaine now] It's tough.

CUEVAS:     Get me a "girl" [a kilo of cocaine] Viejon.  I need a girl [a kilo of cocaine].

VICTOR:     There's nothing [no cocaine] right now. Imagine it. We have to see. I was told that we should be getting something [we should be getting some cocaine] for this

weekend. I don't know. I am going to make a call and see.

CUEVAS:    Please let me know.

VICTOR:    Alright, I'll call you later.

*October 7, 2014: CUEVAS discusses selling an unidentified male (referred to as "Lalo") a vehicle equipped with a "hide," to transporting drugs, for $25,000.*

69.    I believe that the following series of intercepted calls and text messages (described in the six paragraphs immediately below) concern the prospective sale by CUEVAS of a car (equipped with a hidden compartment for drugs (a "hide") through a middleman identified as Lalo ("Lalo"), to a man identified as "Maze" for approximately $25,000). Based on the investigation, I believe that Lalo is a drug trafficking associate, and cocaine supplier, of CUEVAS's who is based in Georgia. During the intercepted calls, CUEVAS and Lalo discussed how Lalo will pay CUEVAS for the car equipped with the hide. Lalo agreed to wire/deposit specified dollar amounts into bank accounts identified by CUEVAS. CUEVAS also sent intercepted text messages to Lalo with bank account information (account names, numbers, and dollar amounts to be deposited into the accounts).

70.    I believe that during an intercepted call on October 7, 2014, at 1:33 p.m., CUEVAS, on TT1, and Lalo (using phone number 404-341-8397) discussed arrangements for Lalo and "Maze" (phonetic) to pay for the car equipped with the hide, and the name to be used for the paperwork for the car (title, bill of sale, etc.). At the beginning of the call, Lalo says, "That guy [Maze] told me to make the deposit [into your bank accounts] for you for the car." CUEVAS replied, "I already sent ...the accounts [bank account numbers and names] to Maze [phonetic] to be closed." Lalo responds, "Oh, well, as soon as I get home from work I think you can pass them [the bank account names and numbers] along to me...and I can do that [deposit/wire money into the bank accounts] early tomorrow. CUEVAS then asked, "What

31

name are you going to put it [the car] in?" Lalo answered, "That's what we're going to look into." CUEVAS then stated, "To send you the title [for the car] so you can have the plates [license plates] right away." After Lalo interjected, "Uh-huh", CUEVAS continued, "So I need an address to send you the title....because all that takes time, you see?" Later in the conversation, Lalo said, "Yes, either way, later on when he [presumably Maze] comes, the accounts [CUEVAS's specified bank accounts], I'll get on his case to get going on those [to make the payments] because sometimes...it takes a long time." Shortly thereafter, CUEVAS said, "It's two different banks [to deposit the money into], so you guys don't get confused." Lalo says, "Oh okay. It's better that way." CUEVAS then replied, "And once you have that [the first two bank accounts to deposit money into], I'll send you another account [bank account] so you can put in what's remaining [the balance owed on the car]."

71.   At 3:13 p.m. on October 7, 2014, (less than two hours after the call described immediately above), CUEVAS, on TT1, sent the following text message to Lalo (on phone number 404-341-8397). I believe that in the text message, CUEVAS identified for Lalo a bank account name, number, and the amount of money to be deposited into the bank account. The text message read:

| | |
|---|---|
| Lucy Marcano. | [The name on the bank account] |
| 483032252786 | [The bank account number] |
| Bank of America | [The bank] |
| $. 6 | [six thousand dollars, the amount CUEVAS wants deposited into the account]. |

72.   Two minutes later, at 3:15 p.m. on October 7, 2014, CUEVAS, on TT1, sent the following similar text message to Lalo (on phone number 404-341-8397). I believe that in this text message, CUEVAS identified for Lalo another bank account name and number, and the

amount of money to be deposited into the bank account.  The text message read:

| Liseranny Díaz | [The name on the bank account] |
| 191171272 | [The bank account number] |
| Bank CHASE | [The bank] |
| $$$$. 5 | [Five thousand dollars, the amount to be deposited into the bank account] |

73.     One minute later, at 3:16 p.m. on October 7, 2014, CUEVAS, on TT1, sent the following similar text message to Lalo (on phone number 404-341-8397).  I believe that in this text message, CUEVAS identified for Lalo another bank account, and the amount of money to be deposited into the bank account.  The text message read:

| Esther diaz | [The name on the bank account] |
| 483045536101 | [The bank account number] |
| Bank of America | [The bank] |
| $$$. 5 | [five thousand dollars, the amount to be deposited into the bank account] |

74.     At 3:18 p.m., on October 7, 2014, two minutes after sending the last text message, CUEVAS, on TT1, sent the following similar, text message to Lalo (on phone number 404-341-8397).  I believe that in the text message, CUEVAS identified for Lalo another bank account and the amount of money to be deposited into the bank account.  Based on the investigation, I also believe that the name on the bank account, Walnut St. Auto Sales in Peabody, Massachusetts, is an automobile dealer and repair shop owned by a friend of CUEVAS's.  The text message read:

WALNUT ST. AUTO SALES [The name on the bank account]

55--57 walnut st

Peabody ma 01960

(978) 532-1000                 [The phone number of Walnut St. Auto Sales]

33

| | |
|---|---|
| Bank of America | [The bank] |
| Acc# 0046-2849-8427 | [The bank account number] |
| $$$$. 9 | [Nine thousand dollars, the amount of money to be deposited into the bank account] |

75.     Approximately two minutes later, at 3:20 p.m., on October 7, 2014, Lalo, on phone number (404) 341-8397, sent the following text message to CUEVAS, on TT1. I believe that in the text message, Lalo acknowledges that he received the bank account information from CUEVAS, writing: "A ok.".

*October 14, 2014: CUEVAS arranged for his wife, CLARITZA CUEVAS, to provide ANGEL with cocaine that CUEVAS was keeping in his home.*

76.     During the five intercepted calls described immediately below, agents believe that CUEVAS, on TT1, spoke with ANGEL (on phone number (978) 530-8852) during four of the calls, and with CLARITZA CUEVAS (CLARITZA) (who uses phone number (857) 719-3552) on one of the calls. As noted above, based on the investigation, including previously intercepted calls and surveillance, agents have determined that ANGEL is a drug courier/runner for CUEVAS, and that CLARITZA is CUEVAS's wife and drug trafficking associate. During the five calls described below, I believe: that ANGEL told CUEVAS that he needed cocaine for their customers; that CUEVAS told ANGEL that he (CUEVAS) would leave cocaine at his (CUEVAS's) house for ANGEL to pick up; that ANGEL went to CUEVAS's house and called CUEVAS to tell him that he (ANGEL) is there; that CUEVAS calls CLARITZA, at home, and told her to retrieve cocaine from a room containing CUEVAS's clothes to give to ANGEL; and that CUEVAS called ANGEL to tell him that CLARITZA CUEVAS had the cocaine for him. (As also described below, following the last call between CUEVAS and ANGEL, ANGEL was observed, on a video camera located near CUEVAS's residence, entering the CUEVAS

residence.)

77.     During the following intercepted call on October 14, 2014, at 10:16 a.m., between

CUEVAS, on TT1, and ANGEL PEREZ (ANGEL), on phone number (978) 530-8852, I believe

that: ANGEL told CUEVAS that he needed cocaine for one of their customers; and CUEVAS

said that he would get some cocaine to ANGEL "later on."

ANGEL:      Are you at the house [CUEVAS's house/residence]?

CUEVAS:     No why?

ANGEL:      No because I need some of that good work [cocaine]. Someone [a cocaine
            customer] requested work [cocaine].

CUEVAS:     Alright, later on [I'll get you some cocaine later on].

ANGEL:      Alright, that's fine. I'm at the store. I was just letting you know in case you come
            over here you can drop it [the cocaine] off to me.

CUEVAS:     Alright, thanks.

78.     Approximately four hours later, at 2:19 p.m. on October 14, 2014, another call

was intercepted between CUEVAS, on TT1, and ANGEL (who was using phone number (978)

530-8852). During the call, I believe that: CUEVAS told ANGEL that he was leaving cocaine at

CUEVAS's house for ANGEL to pick up; and ANGEL told CUEVAS to leave the cocaine on

the kitchen table.

ANGEL:      Hello. Did you call me?

CUEVAS:     Yes, I'm leaving something [cocaine] at the house [CUEVAS's residence] now so
            you can grab it [the cocaine] there.

ANGEL:      What's that?

CUEVAS:     I'm leaving something [cocaine] for you at the house [CUEVAS's residence].

ANGEL:      Oh, all right. Right now I'm busy now, but that's fine. Leave it [the cocaine] for
            me there on the kitchen table. Up there. Okay?

CUEVAS:     All righty.

79.     Later that day, at approximately 8:39 p.m. on October 14, 2014, another call between CUEVAS, on TT1, and ANGEL, on (978) 530-8852, was intercepted on TT1.  During the call, I believe that CUEVAS and ANGEL discussed, among other things: whether CUEVAS brought the cocaine (to give to ANGEL) with him to the gym; that ANGEL was arriving at CUEVAS's house; that their cocaine customer would not want to wait any longer for the cocaine; and that CUEVAS would come to his house in ten minutes.

ANGEL:      Where are you?

CUEVAS:     I'm at the gym.

ANGEL:      Did you take that [the cocaine to give to me] with you?

CUEVAS:     Oh come on man. Ah... my mother in law isn't there?

ANGEL:      I'm just arriving at your house now [to get the cocaine]. That's why I'm calling you.

CUEVAS:     Oh...

ANGEL:      I don't think the other guy [cocaine customer] will want to wait any more time [to get his cocaine].

CUEVAS:     Alright.

ANGEL:      How do you see it?

CUEVAS:     I'll be there [at my house] in ten [minutes].

ANGEL:      Alright, I'll wait for you here [outside your house].

80.     At 8:42 p.m. on October 14, 2014, approximately three minutes after the call described immediately above, CUEVAS, on TT1, phoned his wife and drug trafficking associate, CLARITZA CUEVAS (CLARITZA), at (857) 719-3552.[11]  During the intercepted call, I believe

---

[11] Phone number (857) 719-3552 is subscribed to Claritza Cuevas-Garcia (CLARITZA CUEVAS, CUEVAS's wife) at 346 Grove St., Randolph, MA (CUEVAS's residence).

that CUEVAS told CLARITZA CUEVAS (CLARITZA) to get ten bags of cocaine out of a "Puma" bag located in the room where CUEVAS's clothes were, and to give the cocaine to ANGEL.

CUEVAS:      Do me a favor?

CLARITZA:    Okay.

CUEVAS:      Go to the room, where my clothes are...

CLARITZA:    Uh-huh.

CUEVAS:      Go there. I'm going to tell you on the way.

CLARITZA:    Okay. [Pause] [Background: noise, footsteps] Okay.

CUEVAS:      So there take out... There's some shoes there, [unintelligible].

CLARITZA:    Okay. [Pause] [Background: shuffling] Okay.

CUEVAS:      Okay, there's a Puma bag there. Right? You see it, right?

CLARITZA:    Mm-hmm.

CUEVAS:      Okay, [unintelligible] there's something there that has around 10 [ten bags of cocaine]. Check it and count that there are 10 [ten bags of cocaine], and it [the cocaine] goes to the fucking fatso [ANGEL] who's there [waiting at the house].

CLARITZA:    Okay. All right, then. There has to be 10 [ten bags of cocaine], right?

CUEVAS:      Yes, there has to be 10 [ten bags of cocaine] there...

CLARITZA:    Okay.

CUEVAS:      In just one [possibly, the ten bags are contained inside one large bag].

CLARITZA:    Okay. All right, then.

CUEVAS:      Bye.

    81.    Approximately nine minutes later, at 8:51 p.m. on October 14, 2014, CUEVAS, on TT1, phoned ANGEL, on (978) 530-8852. During the call, which was intercepted on TT1, I believe that CUEVAS informed ANGEL that his wife, CLARITZA, had the cocaine to give to

ANGEL at CUEVAS's house.

CUEVAS:     Are you still there fat boy [referring to ANGEL]?

ANGEL:      Where are you?

CUEVAS:     Has the mother in law [presumably, CLARITZA] opened up [the house] for you [to come in]?

ANGEL:      She hasn't opened. I'm still here. I'm waiting on you.  Did she [unintelligible] [did she get, or does she have, the cocaine to give me] for you?

CUEVAS:     Yes.

ANGEL:      Alright, fine. Bye.

CUEVAS:     Fine.

82.     Shortly after the intercepted call described immediately above, via a video camera located near CUEVAS's residence, I saw ANGEL entering CUEVAS's residence, located at 346 Grove Street in Randolph, Massachusetts.

83.     Based on the investigation, my training and experience, and the training and experience of other law enforcement officers participating in the investigation, I believe that the facts described in the previous six paragraphs indicate that on October 14, 2014, CUEVAS arranged for, and directed, CLARITZA to retrieve cocaine from their residence (346 Grove Street in Randolph, MA) and give it to ANGEL.

*October 15, 2014: Police seized one kilogram of cocaine from Francisco ARTEAGA-DELGADO following sale of that cocaine to ARTEAGA-DELGADO by CUEVAS with assistance from VICTOR TRONCOSO and ADONIS TRONCOSO.*

84.     Described below are a series of intercepted calls and text messages, and related surveillance, on October 15, 2014. During the calls, CUEVAS, on TT1, spoke with: VICTOR TRONCOSO (VICTOR)[12]; a cocaine customer of CUEVAS's, later identified as Francisco

---

[12] During these intercepted calls, VICTOR TRONCOSO used phone number (617) 637-2597.

Arteaga-Delgado (ARTEAGA); and ADONIS TRONCOSO (ADONIS). Based on the investigation, and as described herein, ADONIS, VICTOR's son, is a drug trafficking associate of VICTOR and CUEVAS.   In addition, ADONIS's apartment, located at 1 Gardner Street, Roxbury, Massachusetts, is used by CUEVAS and VICTOR as a cocaine processing and stash house.   Based on the calls and text messages, the related surveillance by agents, and the subsequent arrest of, and seizure of cocaine from, ARTEAGA (all described below), I believe that: CUEVAS purchased one kilo of cocaine (and arranged to purchase a second kilo of cocaine) from VICTOR; VICTOR left the one kilo of cocaine at ADONIS's apartment for CUEVAS to pick up; CUEVAS arranged to sell the kilo of cocaine to ARTEAGA; CUEVAS picked up one kilo of cocaine from ADONIS outside ADONIS's apartment building; CUEVAS and ARTEAGA met in the parking lot at the LA Fitness gym located at 3 Hawes Way in Stoughton, Massachusetts (a gym regularly used by CUEVAS); and, after CUEVAS and ARTEAGA both drove to CUEVAS's residence, CUEVAS sold the kilo of cocaine to ARTEAGA.

85.     On October 15, 2014, at 12:40 p.m., the following call between CUEVAS, on TT1, and VICTOR, on (617) 637-2597, was intercepted.  I believe that during the call, CUEVAS and VICTOR discussed, among other things: that VICTOR's cocaine supplier had cocaine for VICTOR to pick up; that CUEVAS wanted VICTOR to let him know when he (VICTOR) had the cocaine; and that CUEVAS had a customer who wanted to buy one kilo of cocaine.

VICTOR:     You ready?

CUEVAS:     Old man, you told me for three hours [possibly three kilos (of cocaine)], around there.

CUEVAS:     No, I only need 2 [kilos], why 3 [kilos]? Just 2 [kilos].

VICTOR:     Oh, well they [VICTOR's cocaine supplier] told me that they were coming in a couple of hours.  It's better to tell them 3 [kilos].

CUEVAS:     Alright, you let me know.

| VICTOR: | Should I go to the ranch [possibly CUEVAS's house] when I go by there [after I get the cocaine]? |
| CUEVAS: | Yes. |
| VICTOR: | Alright. |
| CUEVAS: | Okay. But try to be early. Not too late. |
| VICTOR: | No, they [VICTOR's cocaine supplier] already told me [they have the cocaine]. I just have to go. I have to... |

[Later in the conversation]

| CUEVAS: | When you have it [the cocaine] for sure let me know, alright? |
| VICTOR: | Yeah, they [VICTOR's cocaine supplier] told me it's [the cocaine] there. I just have to pass by and pick it [the cocaine] up. |
| CUEVAS: | How long, more or less, do you think you're going to be around here? |
| VICTOR: | Two hours and something. |
| CUEVAS: | So I can tell a guy [CUEVAS's cocaine customer (ARTEAGA)] to help me with one [that I have one kilo of cocaine available to sell]. |
| VICTOR: | What? |
| CUEVAS: | More or less, 2 hours? |
| VICTOR: | 2 hour[s] something. |
| CUEVAS: | Alright. |

86. Approximately two minutes later, at 12:42 p.m. on October 15, 2014, CUEVAS, on TT1, called a man, later identified as ARTEAGA-DELGADO (ARTEAGA), who was using phone number (401) 288-8596. During the call, I believe that CUEVAS and ARTEAGA made arrangements for CUEVAS to sell ARTEAGA one kilo of cocaine at 4:00 p.m. that day at CUEVAS's gym (the LA Fitness gym located at 3 Hawes Way, Stoughton, Massachusetts).

| CUEVAS: | Look, so that later, more or less... How many do you think....There is an hour [I have one kilo of cocaine]. |

40

| | |
|---|---|
| ARTEAGA: | Alright. |
| CUEVAS: | There like at 4 [4:00 p.m.]? |
| ARTEAGA: | At 4 [4:00 p.m.]?  Where, man? |
| CUEVAS: | At the gym [the LA fitness gym]. |
| ARTEAGA: | Alright, I'll see you there at four. |
| CUEVAS: | Alright, then |

87.    At 2:31 p.m. on October 15, 2014, approximately one hour and forty-nine minutes after the call described immediately above, the following call between CUEVAS, on TT1, and VICTOR, on (617) 637-2597 was intercepted on TT1.  During the call, I believe that CUEVAS and VICTOR discussed that VICTOR left one kilo of cocaine at his son ADONIS's apartment for CUEVAS to pick up; that VICTOR would buy another kilo of cocaine from his supplier that night: that CUEVAS already had a buyer for (and would get payment for) the first kilo; that VICTOR's cocaine supplier(s) told him they have ten kilos of cocaine; that VICTOR already paid his cocaine supplier for the first kilo; and that when CUEVAS brought VICTOR the money for the first kilo, VICTOR would take it to his supplier and would be able to get two more kilos.

| | |
|---|---|
| VICTOR: | Look, you can go... [breaks up] Adonis [VICTOR's son ADONIS] I left that [the kilo of cocaine] at the apartment [ADONIS's apartment located at 1 Gardner Street, Roxbury, MA] now because I had to come bring something else around here. |
| CUEVAS: | Oh, well alright. I'll go... |
| VICTOR: | I left one [kilo] there [at ADONIS's apartment]. |
| CUEVAS: | 1 or 2 [one or two kilos]? |
| VICTOR: | 1 [kilo].  They [VICTOR's cocaine suppliers] told me the other one [the other kilo of cocaine] is for tonight [will be ready tonight].  Because you know I grabbed one more [I bought one more kilo].  You know I can't be extending myself too much, old man [I cannot buy too much cocaine at once]. |
| CUEVAS: | Oh, but you're going to secure another one [buy another kilo], because the other |

41

one [the other /first kilo of cocaine] I'm going to let go [sell]...

VICTOR:     Yes, I'm going to secure [buy] the other one [kilo of cocaine].

CUEVAS:     Because I'm going to let go of [sell] this one [this/first kilo of cocaine] and I don't
            want to look bad [possibly be left without any cocaine for customers].

VICTOR:     Grab that one and take it [get the one kilo from ADONIS's apartment].  That the
            other one is for sure [It is certain that I am getting the second kilo].

CUEVAS:     Okay.

VICTOR:     Because I already [unintelligible].  He [VICTOR's cocaine supplier] told me it
            was all good [they have the cocaine].  Because they brought... I think they told me
            10 [that they have ten kilos].

CUEVAS:     Alright.  Secure one [buy one kilo of cocaine] for me.... Because I'm going to let
            go of [sell (and get the money for)] this one [the first kilo of cocaine] right away.

VICTOR:     Yeah, I already called him [VICTOR's cocaine supplier] because I already
            brought him the papers [paid him] for one [one kilo], you understand
            me?  So now when you bring me that there [when you bring me the money for the
            first kilo], I'll take that to them [VICTOR's cocaine suppliers] and then I can get
            up to 2 more [two more kilos (possibly fronted/on consignment)].

CUEVAS:     Alright then.

VICTOR:     You understand me?

CUEVAS:     Alright.

88.     Twenty-eight minutes later, at 2:59 p.m. on October 15, 2014, CUEVAS, on TT1,

phoned ADONIS TRONCOSO, VICTOR's son, who was using phone number (617) 953-2924.[13]

During the intercepted call, I believe that: ADONIS told CUEVAS that he (ADONIS) was at his

(ADONIS's) residence and for CUEVAS to come there (to pick up the cocaine); and that

CUEVAS told ADONIS he would be there in approximately twenty minutes.

ADONIS:     I'm at the house [ADONIS's residence located at 1 Gardner Street, Roxbury, MA]
            now.  Head over here.

---

[13] Phone number (617) 953-2924 is subscribed to Victor Troncoso, 22 Greenville St.,
Apt. No. 12, Roxbury, MA.

CUEVAS:      Alright, I'll get there in like 20.

ADONIS:      Alright.

89.      Approximately thirty-two minutes later, at 3:31:22 p.m. on October 15, 2014, ARTEAGA, on phone number (401) 288-8596, sent the following text message to CUEVAS (intercepted on TT1) indicating that he (ARTEAGA) was near the LA Fitness gym (the location where they agreed to meet): "I'm around here now."

90.      Approximately twelve seconds later, at 3:31:34 p.m. on October 15, 2014, CUEVAS, on TT1, phoned ADONIS, on (617) 953-2924.  During the intercepted call, described immediately below, I believe that CUEVAS asked ADONIS to bring the cocaine outside his residence, located at 1 Gardner Street in Roxbury Massachusetts, to give it to CUEVAS (who was waiting nearby).

CUEVAS:      Can you do me the favor of bringing that [the cocaine] down [outside your building]? I'm here at the [unintelligible] [outside (your building].

ADONIS:      Alright.

CUEVAS:      Thank you

91.      At approximately 3:37 PM, HSI Special Agent Matthew Langille, who was conducting surveillance, observed CUEVAS's Audi S4 automobile, bearing Massachusetts Registration RT7983, parked on Gardner Street in Roxbury, MA (near ADONIS's residence). SA Langille observed that CUEVAS was inside the vehicle, talking with a Hispanic male, subsequently identified as ADONIS, who was standing outside the vehicle. The Hispanic male was carrying a "Macy's" bag.  Shortly thereafter, the Hispanic male (ADONIS) walked away carrying the Macy's bag and CUEVAS drove away in the Audi S4 automobile.

92.      Approximately one minute later, at 3:38 p.m. on October 15, 2014, the following call between CUEVAS, on TT1, and VICTOR, on (617) 637-2597 was intercepted on TT1.  I

believe that during the call, CUEVAS told VICTOR that he just went by ADONIS's residence (and picked up the cocaine). VICTOR asked CUEVAS if he (CUEVAS) brought the money to pay for the kilo of cocaine to ADONIS. CUEVAS first told VICTOR he would bring VICTOR the money. Later in the conversation, CUEVAS told VICTOR that he (CUEVAS) wanted another kilo of cocaine, and to come to CUEVAS's house to pick up the money. VICTOR responded that CUEVAS should have all the money for two kilos of cocaine. The call concluded when VICTOR said he would be at CUEVAS's residence in thirty minutes.

CUEVAS:     I just passed by your son's [ADONIS's residence (to pick up the cocaine)]

VICTOR:     Did you bring the papers [the money for the cocaine] there?

CUEVAS:     No, I'm going to bring it to you later.

VICTOR:     Oh.

[Later in the conversation],]

CUEVAS:     Get me another girl [another kilo of cocaine], old man.

VICTOR:     You have to bring money [pay me for the cocaine], old man.

CUEVAS:     Well, come to my house to pick it up.

CUEVAS:     Your ranch?

CUEVAS:     Yes. In how long will you get there?

VICTOR:     See if you have all of it [money] for two [two kilos of cocaine].

CUEVAS:     Almost, almost.

VICTOR:     Try to have as much [money] as possible. See if you have for two [two kilos of cocaine] there. That only...

CUEVAS:     Almost, almost. Head over there [to my residence]. In how long will you get there?

VICTOR:     I'm going over then. Alright, I'm leaving from here. I'll be there in half an hour.

CUEVAS:     Alright.

44

VICTOR:      alright.

93.      Shortly thereafter, at approximately 3:47 p.m. on October 15, 2014, CUEVAS, on TT1, received an incoming call from ARTEAGA, on (401) 288-8596.   During the call, intercepted on TT1, I believe that CUEVAS told ARTEAGA (ARTEAGA), among other things: that he would be late to their 4:00 p.m. meeting; that he was speeding; and that he was on his way there.

ARTEAGA:    What's up?

CUEVAS:     Here. I told you at 4 [4:00 p.m.].  [Unintelligible] there.  I'm going at a million [miles per hour].  I think I'm getting there late, like 5.  Like 4:05, around there.

ARTEAGA:    Damn, alright.

CUEVAS:     I told you at 4, not 3:30.  I'm going there now.  I'm going a 1,000 [miles per hour]

ARTEAGA:    Alright.

94.      Ten minutes later, at approximately 3:57 p.m. on October 15, 2014, while conducting surveillance, Massachusetts State Police ("MSP") Trooper Keith Pantazelos observed a Hispanic man with a goatee and wearing a red shirt, later identified as Francisco ARTEAGA-DELGADO (ARTEAGA), sitting in a black Chevrolet SUV automobile, bearing Rhode Island registration 697331, in the parking lot of the LA Fitness gym in Stoughton, Massachusetts.   At approximately 4:16 p.m., Task Force Officer ("TFO") Charles Kane observed ARTEAGA get out of the black Chevrolet SUV.  At approximately 4:17 p.m., I observed CUEVAS's Audi S4 automobile pull into the parking lot of LA Fitness.  Shortly thereafter, I observed the black Chevrolet SUV follow CUEVAS's Audi S4 automobile out of the parking lot.

95.      At approximately 4:25 p.m., via a video camera near CUEVAS's residence, HSI SA Philip Lavoie observed ARTEAGA's black Chevrolet SUV and CUEVAS's Audi S4 automobile pull into the carport at CUEVAS's residence located at 346 Grove Street in

Randolph, Massachusetts. ARTEAGA got out of the black Chevrolet SUV and entered CUEVAS's Audi S4 automobile. CUEVAS then repositioned the Audi S4 directly, and closely, behind the black Chevrolet SUV (blocking the black Chevrolet SUV's access to the street). At approximately 4:27 p.m., SA Lavoie, via a video camera, observed ARTEAGA get out of CUEVAS's Audi S4 and get into the passenger side of the black Chevrolet SUV. CUEVAS then got out of the Audi S4 and entered the residence by the front door.

96.     At approximately 4:54 p.m., via a video camera, SA Lavoie observed CUEVAS come out of the rear of the residence rear carrying a white bag and get into the Audi S4 automobile. Almost simultaneously, ARTEAGA got into the Audi S4. At approximately 4:56 p.m., via a video camera, SA Lavoie observed both CUEVAS and ARTEAGA get out of the Audi S4 and talk in the driveway. At approximately 5:03 p.m., via a video camera, SA Lavoie observed CUEVAS get into the Audi S4 and ARTEAGA get into the black Chevrolet SUV. Shortly thereafter, SA Lavoie observed both the Audi S4 and the black Chevrolet SUV drive away from CUEVAS's residence on Grove Street in Randolph, Massachusetts.

97.     Law enforcement officers maintained visual surveillance of the black Chevrolet SUV vehicle after it left Grove Street. At approximately 5:18 p.m., on Route 95 South, near the one-mile maker for the Neponset Street exit, Massachusetts State Police Trooper Timothy Burns, operating a marked cruiser, activated his emergency lights and conducted a motor vehicle stop of the black Chevrolet SUV for moving violations. The driver of the black Chevrolet SUV was identified as Francisco ARTEAGA-DELGADO (ARTEAGA). During a subsequent consent search of the black Chevrolet SUV, MSP Trooper Robert Bohn, who arrived at the scene to assist in the traffic stop, discovered a zip-locked baggie containing white powder and white chunks inside a heat-sealed plastic bag. The approximately one kilo of white powder and white chunks

were subsequently field tested and tested positive for cocaine. (ARTEAGA was arrested on state narcotics charges.[14])

*October 20-23, 2014: CUEVAS, VICTOR and MARIO arranged for the purchase of a high quality kilogram of cocaine by CUEVAS.*

98.     The following series of calls (described below) involving VICTOR TRONCOSO (VICTOR), on TT2, CUEVAS, on TT1, and MARIO, on (617) 470-9377, were intercepted on TT1 on October 20-23, 2014. Based on the intercepted calls, and related surveillance, I believe that during the calls, VICTOR told CUEVAS that he saw a very high quality kilo of cocaine, and that he (VICTOR) told his cocaine supplier to save the kilo for him because he was going to ask CUEVAS if he wanted it. CUEVAS told VICTOR that he would try to figure out how to pay for the kilo of cocaine. CUEVAS then called MARIO to collect money to pay for the high quality cocaine. MARIO told CUEVAS that he would have money (between fourteen and sixteen thousand dollars) by "tomorrow or Wednesday." During a call that same day, CUEVAS told VICTOR he would be ready to purchase the kilo of cocaine on Saturday. During calls on October 22, 2014, CUEVAS and MARIO agree to meet that afternoon, and apparently did meet. During a call on October 23, 2014, CUEVAS, on TT1, told VICTOR, on TT2, that he would have $30,000 for him by "Tomorrow." VICTOR told CUEVAS to give him whatever (money) he had, and that he (VICTOR) would get the kilo of cocaine for him (CUEVAS).

99.     On October 22, 2014, at 1:25 p.m., the following call between VICTOR TRONCOSO (VICTOR), on TT2 and CUEVAS, on TT1, was intercepted on TT1. During the call, I believe that VICTOR told CUEVAS he saw a high quality (high purity) kilo of cocaine,

[14] ARTEAGA was released on bail and subsequently failed to appear at a scheduled hearing in Massachusetts state court. A state arrest warrant for ARTEAGA was issued and is pending.

47

and that he told his supplier to save it for him until he talked to CUEVAS about it. CUEVAS responds that he will see about it (the kilo) and call VICTOR back.

VICTOR:     Viejon I saw a box [a kilo of cocaine] yesterday... wow! She was really pretty [high quality/purity], much prettier. It was really white [high purity] too. It was a white little boy. Real pretty. I told them [VICTOR's cocaine supplier] to save it for me because I was going to let them know by 5:00 the following day. I told them that I was going to speak to my other friend [CUEVAS] about it [about buying the kilo] today. Viejon... figure something out man.

CUEVAS:     [Sigh] Let me see. Let me see.

VICTOR:     If you see this one [this kilo of cocaine], you'll want to keep it and save it.

CUEVAS:     [Laughs]

VICTOR:     You'll save it. You won't want to use it. [Laughs]

CUEVAS:     [Laughs]

VICTOR:     I'm telling you. [Laughs]

CUEVAS:     Let me call you back. I'll see about it.

VICTOR:     Figure it out. I can facilitate it so that you only have to come up with part of it [the money to buy the kilo] and then the other half [of the money] in a few days or so.

CUEVAS:     Okay, let me call you back.

100.    Approximately two hours later, at 3:28 p.m. on October 20, 2014, CUEVAS, on TT1, calls MARIO, on (617) 470-9377. During the call, I believe that: MARIO told CUEVAS that he would have money (about fourteen to sixteen thousand dollars) for CUEVAS by "tomorrow or Wednesday"; and CUEVAS told MARIO that he wanted to come over and get the money because he had been collecting money to "send something" (some cocaine) to MARIO.

CUEVAS:     How's everything going right now?

MARIO:      So-so...

CUEVAS:     Everything good? What do you need?

MARIO:      No... no... for tomorrow. I'll have good money [to pay you] by tomorrow.

CUEVAS:     Alright.

MARIO:      For tomorrow or Wednesday so that I have some good money for you. I'm waiting on my guy to bring me some money.

CUEVAS:     Alright. How much [money] do you have right now?

MARIO:      It's only a little bit. About 12 [twelve thousand dollars] or so...

CUEVAS:     I wanted to come over and get it because I've been collecting to send something over. I might come over tomorrow early or Wednesday.

MARIO:      I should have about 14, 15, 16 [fourteen, fifteen or sixteen thousand dollars] by then...

CUEVAS:     Alright.

        101.    Approximately six hours later, at 9:20 p.m. on October 20, 2014, CUEVAS, on TT1, called VICTOR, on TT2.  During the call, I believe that CUEVAS told VICTOR that he (CUEVAS) would have the money for cocaine on Saturday. CUEVAS and VICTOR agreed to meet (in person) and talk.

VICTOR:     So what did you do [about the cocaine we talked about]?  You didn't call?

CUEVAS:     Huh?

VICTOR:     You didn't call [about the cocaine]? You didn't call me?

CUEVAS:     On Saturday, buddy [I will have the money for the cocaine on Saturday].

VICTOR:     For when?

CUEVAS:     On Saturday.

VICTOR:     Saturday?

CUEVAS:     Yes.

VICTOR:     Oh. We'll see then.

CUEVAS:     Come over here so we can talk [in person].

VICTOR:     Okay, we'll meet over there.

CUEVAS:     Bye-bye.

102.    The following Wednesday, October 22, 2014, at 2:17 p.m., CUEVAS, on TT1, called MARIO, on (617) 470-9377.  During the call, CUEVAS and MARIO agreed to meet at MARIO's residence that afternoon (so that CUEVAS could pick up money to pay for cocaine).

103.    Approximately two hours and eighteen minutes later, at 4:35 p.m. on October 22, 2014, CUEVAS, on TT1, called MARIO, on (617) 470-9377.  During the call, CUEVAS told MARIO to "Open the door" (presumably to his residence, because CUEVAS had arrived to pick up the money).

104.    Shortly before the call described immediately above, SA Langille, via a video camera located near CUEVAS's residence, saw CUEVAS drive away from his residence in his Audi S4 automobile.

105.    The following day, at 2:33 p.m. on October 23, 2014, the following call between CUEVAS, on TT1, and VICTOR TRONCOSO (VICTOR), on TT2, was intercepted on TT1. During the call, I believe that CUEVAS told VICTOR that he (CUEVAS) would have approximately thirty-thousand dollars to pay to VICTOR (for cocaine) on the following Friday.

VICTOR:     And when are you going to resolve the problem with that safe [presumably about the money for the cocaine], old man?

CUEVAS:     I'll have 30 [thirty-thousand dollars] for you for this Friday.  30  [thirty-thousand dollars] or a little more.

VICTOR:     Well, see if you can take it now [bring me money now] because you know I'm leaving the day after tomorrow.

CUEVAS:     When are you leaving?

VICTOR:     The day after tomorrow.

CUEVAS:     Damn, old man.  You're going to leave me here.

VICTOR:     Oh, you don't want to go. I told you so that we could go... For at least 4 days. You don't want to.  You're not up for that. Call me later so that I can go over there. I'm going to Motor Vehicles now.

50

*October 28, 2014: ANGEL PEREZ picked up drug proceeds from MARIO and delivered them to CUEVAS's residence.*

106.    On October 28, 2014, the following five calls (involving CUEVAS, MARIO, and ANGEL), and one text message (from ANGEL to CUEVAS), were intercepted on TT1. I believe that during the intercepted calls and text message: CUEVAS told MARIO that ANGEL was going to visit MARIO to pick up drug money; MARIO told CUEVAS that he had the money since Saturday; CUEVAS told ANGEL to go to MARIO's residence (to pick up the drug money); ANGEL told CUEVAS to call MARIO and tell him that he (ANGEL) had arrived at MARIO's residence; CUEVAS called MARIO and told him to "open the door" (for ANGEL); and (after I, on surveillance, saw ANGEL leaving MARIO's residence) ANGEL sent a text message to CUEVAS saying that he would arrive at CUEVAS's residence in ten minutes (to deliver the drug money).

107.    On October 28, 2014, at 11:26 a.m., the following call was intercepted between CUEVAS, on TT1, and MARIO, on (617) 470-9377.  During the call, I believe that: CUEVAS told MARIO that ANGEL PEREZ was going to visit MARIO to pick up drug money; and MARIO told CUEVAS that he had the money since Saturday.

CUEVAS:      My brother [ANGEL] is going to pass by there [MARIO's residence] in like 40 minutes [to pick up drug money].

MARIO:       I have all the receipts [drug money] for you there.

CUEVAS:      Ok. My brother is going to pass by there [to pick up the drug money], the little fat one [ANGEL].

MARIO:       They've been there since Saturday [I've had the drug money since Saturday].

CUEVAS:      Alright.

108.    Immediately thereafter, also at 11:26 a.m. on October 28, 2014, CUEVAS, on

TT1, calls ANGEL, on (978) 530-8852, and told him, "Go over to MARIO's" (to pick up the drug money). ANGEL replied, "Alright. I'm going there now."

109.    At 12:08 p.m. on October 28, 2014, ANGEL, on (978) 530-8852, called CUEVAS, on TT1, and told him, "Call the old man [MARIO]. Tell him to open the door [to his residence (because ANGEL has arrived there)]." CUEVAS responded, "Okay."

110.    Immediately thereafter, at 12:09 p.m. on October 28, 2014, CUEVAS, on TT1, called MARIO, on (617) 470-9377, and told him, "Open the door [to your residence for ANGEL]."

111.    Approximately two minutes later, at 12:11 p.m., on October 28, 2014, ANGEL, on (978) 530-8852, called CUEVAS, on TT1, and told him, "I'm going into the house [MARIO's residence] bro."

112.    A short time later, while conducting surveillance, I saw ANGEL coming out of 1579 Beacon Street in Brookline, MA (MARIO's residence).

113.    At 12:34 p.m. on October 28, 2014, ANGEL, on (978) 530-8852, sent the following text message to CUEVAS, on TT1: "I'll arrive [at your residence (with the drug money)] in 10 [minutes]."

114.    At approximately 12:46 p.m. on October 28, 2014, via a video camera located near CUEVAS's residence, SA Langille observed ANGEL, driving a white Prius automobile, pull into the driveway at CUEVAS's residence.

115.    Based on the investigation, my training and experience, and the training and experience of other law enforcement officers participating in the investigation, I believe that the facts described in the previous eight paragraphs indicate that on October 28, 2014, ANGEL, at CUEVAS's direction, picked up drug proceeds from MARIO and delivered them to CUEVAS at

his residence (346 Grove Street in Randolph, MA).

*November 1, 2014: RUBIA and FREDDY sold cocaine to customers at the direction of VICTOR.*

116.    On November 1, 2014, at 2:13 p.m., the following call between VICTOR, on TT2 and YAHAIRA OVIANDO-SIERRA, a.k.a. RUBIA (RUBIA), on (617) 373-0929, was intercepted on TT2.  RUBIA is a drug courier/runner for, and the wife of, VICTOR.  During the call (described below), I believe: that RUBIA told VICTOR how much cocaine she had ("3 big ones and many small ones"); that VICTOR told RUBIA to meet a cocaine customer at a T.J. Maxx store; that VICTOR told RUBIA that there is another cocaine customer that wanted to buy three one-gram bags of cocaine; and that VICTOR told RUBIA that FREDDY, VICTOR's drug courier/runner (and brother), would meet RUBIA (to pick up cocaine from her to deliver to customers).

VICTOR:    Where are you?

RUBIA:     I have 3 big ones [three larger quantity bags of cocaine (possibly 3.5 gram, one-half ounce, or one ounce quantity bags)] and many small ones [one gram bags of cocaine].

VICTOR:    Damn! 3 big ones?

RUBIA:     Yes, 3 big ones.

VICTOR:    Go over to T.J. Maxx because the guy [cocaine customer] with the brown car is there waiting. He is the son of the motor guy.

RUBIA:     Uh-huh.

VICTOR:    He's been waiting for a while. There is another person [another cocaine customer] that wants 3 [three gram bags of cocaine] as well.

RUBIA:     How are we going to do it then?

VICTOR:    Try the guy [the cocaine customer] with the car because he is in need of it. It's for his wife. He also doesn't work today.  He went over there quickly. Go see him first.

RUBIA:       Ah-ha.

VICTOR:      Then you can meet with him [FREDDY, to give him cocaine to deliver to other customers]... Damn, you only have 3 big ones [large quantity bags of cocaine] left.

RUBIA:       Only 3 big ones and a small [unintelligible].

VICTOR:      Let's see what [unintelligible] wants... Are you almost there?

RUBIA:       Yes.

VICTOR:      Start heading over there [.] FREDDY will meet you over there. He is going to see the [unintelligible] right now.

RUBIA:       Okay.

117.   Also on November 1, 2014 at 3:58 p.m., FREDDY, using phone number (617) 866-3007, called VICTOR on TT2.  As noted above, FREDDY is a drug courier/runner for VICTOR.  During the call (described, in part, below), I believe that VICTOR directed FREDDY (who is in a car) to the vicinity of a T. J. Maxx store to conduct a cocaine deal with an unidentified cocaine customer.  VICTOR told FREDDY: to give the customer "6 for 5" (six gram bags of cocaine for five hundred dollars); to try to get to the location before the customer; not to take the cocaine out (of the hide-the hidden compartment-in the car) before the customer arrives; not to let the customer see him (FREDDY) take the drugs out of the hide; and to return by the same route he took to meet the customer.

VICTOR:      You know what you're going now?  Now you're going to keep going to the laundry back there by T. J. Maxx to the guy [the cocaine customer].  After the little bridge.

FREDDY:      Yeah.

VICTOR:      You already know how to get there.

FREDDY:      Yes.

VICTOR:      The guy [the cocaine customer], he wants 5... 6  [six bags of cocaine].  He has $500, you heard?

FREDDY:      Okay.

VICTOR:      You know which one I'm telling you, old man?

[Later in the call]

VICTOR:      But listen, go to that one.  That he's [the cocaine customer] going to be there in 15 minutes.

FREDDY:      Alright.

VICTOR:      He gets mad.  You're by...  You go by T. J. Maxx.  Go to the right now, by there to the right.

FREDDY:      I know.  That's by where I go.  Listen, so 6... 6 for 5  [six gram bags of cocaine for five hundred dollars]?

VICTOR:      Yes.  But don't take it [the cocaine] out...  Try to get there [to the meeting location] before him [the cocaine customer] because he's going to arrive now in the truck.

FREDDY:      Alright.

VICTOR:      So that you can take out [the cocaine from the hide], so that he doesn't see you [take out the cocaine].  But it's not good...  You can't have anything [any cocaine] out.  Don't take anything [any cocaine] out before you get to him.

FREDDY:      Yeah, I know, I know the wa[y]s things work there.

VICTOR:      Because there, man... Listen, and when you come back.  Come back through the same way you came.

### November 2-3, 2014: CUEVAS and VICTOR TRONCOSO discussed drug operations.

118.     I believe that during the following three calls (described in the three paragraphs immediately below), CUEVAS, on TT1, made arrangements with VICTOR (who uses two phone numbers, TT2 and (617) 637-2597) and ADONIS, on (617) 953-2924, to pick up cocaine from, and leave money (payment for the cocaine) with, ADONIS.

119.     I believe that during the following call on November 2, 2014, at 9:41 p.m., CUEVAS, on TT1, and VICTOR, on TT2, discussed: that VICTOR is back from vacation; that

CUEVAS did not pick up cocaine from VICTOR's son ADONIS (at ADONIS'S apartment) because CUEVAS was waiting for VICTOR to return from vacation; and that they would meet the next day when CUEVAS will bring VICTOR money (payment for cocaine).

VICTOR:      You forgot about me.

CUEVAS:     No old man, I was waiting for you to return.  You are back [from vacation]?

[Later in the call]

VICTOR:      No, but I called Adonis [VICTOR's son, ADONIS TRONCOSO].  I thought that
             you were going over there [to ADONIS's apartment to pick up cocaine].  You
             haven't gone by there.

CUEVAS:     No, I was waiting for you to return.

[Later in the call]

VICTOR:      I'm here.

CUEVAS:     Oh, then tomorrow I'll see you around.  I'll go by your house to take the little
             tickets [money, payment for cocaine] that I have around here.

VICTOR:      Huh?

CUEVAS:     That I'll see you tomorrow.

120.    The following day, November 3, 2014, at 1:09 p.m., CUEVAS, on TT1, again spoke with VICTOR, on TT2.  During the call, CUEVAS, apparently located outside ADONIS TRONCOSO's apartment,[15] told VICTOR, "I've been here for half an hour and the guy's [ADONIS] not opening up [not letting CUEVAS in to deliver drug money and pick up cocaine]." VICTOR responded, "ADONIS is there [at the apartment]." CUEVAS said, "Alright, let me call him [ADONIS]. The guy is sleeping." VICTOR replied, "[l]et me call him."

121.    One minute later, at 1:10 p.m. on November 3, 2014, CUEVAS, on TT1, spoke to

_____

[15] As noted above, ADONIS TRONCOSO's apartment, located at 1 Gardner Street in Roxbury, Massachusetts is used by CUEVAS, VICTOR, ADONIS, and their associates as a stash house for drugs and money, and to prepare and process drugs, including cocaine.

ADONIS TRONCOSO, on (617) 953-2924.  During the call, CUEVAS asked ADONIS, "Can you open the door [to ADONIS's apartment]?"  ADONIS replied, "Are you there?" and then, "Okay."

> *November 4, 2014: VICTOR and CUEVAS discussed purchasing one kilogram of cocaine from an unidentified male.*

122.   On November 4, at 3:58 p.m., a call was intercepted on TT2 between VICTOR, on TT2, and a man identified as Guillermo Espinosa, on (617) 866-3007.  During the call, Espinosa told VICTOR: that "the old man" (believed to be a cocaine supplier) "is around here"; that "he [the "old man"] was calling you [VICTOR]"; and that "He's ready [to do a cocaine deal with VICTOR]".  One hour and thirty seven minutes later, on November 4, 2014, at 5:35 p.m., VICTOR, on (617) 637-2597, called CUEVAS, on TT1.  I believe that during the call (described below), VICTOR told CUEVAS that he just heard from one of his cocaine suppliers, and that he (VICTOR) was going to buy one kilo of cocaine from the supplier.  VICTOR then asked CUEVAS if he should get a kilo of cocaine for CUEVAS.  CUEVAS said "No," because business was "slow" (he didn't have enough money to pay for the kilo of cocaine).  VICTOR asked CUEVAS why he could not get money from his other drug customers to pay for the kilo of cocaine.  CUEVAS replied that he would see his cocaine customers and would get back to VICTOR.  VICTOR said he would see CUEVAS soon (to find out if CUEVAS wanted the kilo of cocaine and/or to pick up the money for the kilo of cocaine).

VICTOR:      This guy [a cocaine supplier] called me as he just got back. I'm going to get one [one kilo of cocaine]. Should I get one [one kilo of cocaine] for you as well? Should I put one [kilo of cocaine] aside for you?

CUEVAS:      No, buddy. It's [CUEVAS's drug business] very slow is very slow.

VICTOR:      Huh?

CUEVAS:      It's [CUEVAS's drug business] very slow.

| VICTOR: | It's slow? |
|---------|-----------|
| CUEVAS: | Yes, buddy. |
| VICTOR: | What about the other people? |
| CUEVAS: | I'll see them [CUEVAS's large-quantity cocaine customers] in a little bit. I'll let you know in a little bit. |
| VICTOR: | You let me know. That's fine. |
| CUEVAS: | Okay. |
| VICTOR: | I reserved just one [one kilo of cocaine] for another guy [customer] there. |
| CUEVAS: | Okay, that's fine, buddy. Take care. |
| VICTOR: | Okay, I'll see you in a little bit. |

123.    Later that evening, CUEVAS and VICTOR TRONCOSO did, in fact, meet. Specifically, at 9:17 p.m. on November 4, 2014, VICTOR, on (617) 637-2597, (and apparently after arriving at CUEVAS's residence), called CUEVAS, on TT1, and told CUEVAS, "I'm right here at the door [to CUEVAS's residence]." At the approximate time of the call, via a video camera located near CUEVAS's residence (346 Grove Street in Randolph, Massachusetts), agents saw VICTOR TRONCOSO at the front door of CUEVAS's residence.

*November 10, 2014: VICTOR TRONCOSO and CUEVAS discussed processing cocaine at ADONIS's residence, which is used as a stash house.*

124.    On November 10, 2014, at 4:48 p.m., VICTOR, using phone number (617) 637-2597, called CUEVAS, on TT1. During the call, I believe that CUEVAS and VICTOR discussed: that "last night" VICTOR was preparing cocaine at their drug stash house; that it got too late for VICTOR to bring CUEVAS cocaine; whether CUEVAS would be at home so VICTOR could bring him cocaine (that day); that VICTOR should leave the cocaine at the stash house for CUEVAS to pick up; that CUEVAS had $20,000 at the stash house (owed to VICTOR, to pay for cocaine); that VICTOR was headed to the stash house to pick up the money because

he owed their cocaine supplier money; that VICTOR gave their cocaine supplier some money "last night"; that their cocaine supplier was leaving (town) at midnight; and that the supplier gets his cocaine in New Jersey.

| | |
|---|---|
| VICTOR: | Oh, last night I was over there [at the stash house] doing something [preparing/processing cocaine] and it got too late and [inaudible] my phone shut off on me. I said, "I just... that guy's [CUEVAS] sick. I'm going to go [take cocaine to CUEVAS] tomorrow." Are you going to be home later or what can we do? |
| CUEVAS: | No, well, in the evening in a little bit. I'm going to do a little something but I'll be back at like 9:00. |
| VICTOR: | What are you doing? Should I bring it [the cocaine] over there [to CUEVAS's residence]? Should I bring a box [cocaine] over there to you? |
| CUEVAS: | No, no, leave it [the cocaine] at your place [the stash house] ... for another job. |
| VICTOR: | Oh. |
| CUEVAS: | Leave it [the cocaine] there [at the stash house]. I'll go pick it [the cocaine] up from you there. I have 20 pesos [twenty-thousand dollars] there. |
| VICTOR: | Yes, I'm headed down there [to the stash house] to get it [the twenty-thousand dollars] now because I brought something [money-partial payment for cocaine] to these people [VICTOR's and CUEVAS's cocaine supplier]. They [the cocaine supplier] told me to take something [money-additional payment for cocaine] to them today. |
| CUEVAS: | Oh. |
| VICTOR: | I gave them something [money-payment for cocaine] last night. So he [VICTOR's and CUEVAS's cocaine supplier] told me, "No, I'm not leaving today." Because I'm behind with all the money [behind in payment owed to the supplier for cocaine]. [I say], "Well, okay, we'll meet tomorrow." Because he's [the cocaine supplier] leaving at 12:00 midnight. That guy [the cocaine supplier] leaves in the evening over there. |
| CUEVAS: | Oh. |
| VICTOR: | He [the cocaine supplier] likes to drive at night. He goes to New Jersey. The things [cocaine] arrive to him in New Jersey [the supplier gets his cocaine in New Jersey]. |

*November 13, 2014: CUEVAS picked up drug proceeds from MARIO at MARIO's residence.*

125.   On November 13, 2014, at 5:27 p.m., CUEVAS, on TT1, spoke with his drug customer MARIO.   During the call, MARIO asked CUEVAS, "Did you get the receipts?" I believe that MARIO was speaking in code, indicating to CUEVAS that he had money to give to CUEVAS as payment for cocaine.   CUEVAS then replied, "I'll be there [to meet MARIO (and pick up the money)] in an hour or so."   Approximately two hours later, at 7:26 p.m., on November 13, 2014, CUEVAS, on TT1 phoned MARIO, on (617) 470-9377, and told MARIO, "Open for me [open the door, (I'm here to pick up the money)].   MARIO replied, "The door is open."

*November 13, 2014: CUEVAS and Valerio discuss the drug business and the current price of one kilo of cocaine.*

126.   On November 13, 2014, at approximately 5:54 p.m., CUEVAS, on TT1, received an incoming call from Jose Valerio, who was using phone number (347) 553-9064. As described above, Jose Valerio is a drug dealer from New York who has supplied drugs to CUEVAS in the past.   During the call, described, in part, below, I believe that CUEVAS and Valerio discussed that the drug business is slow and the current price of a kilo of cocaine.

VALERIO:   Oh mamacita. So things [the drug business] are slow then?

CUEVAS:   No, it's [the drug business] really slow and there's an abundance [of drugs/cocaine] right now. When there's nothing [no cocaine] around... nobody has it [cocaine] and when it's available, everyone has it.

VALERIO:   It's the same way all over the place. You already know.

CUEVAS:   The key is the pricing on it [the price of cocaine]. That's the trick.

[Later in the conversation]

CUEVAS:   How much is it [a kilo of cocaine] going for over there [in New York (where Valerio is)]?

60

VALERIO:    Nah…I haven't found out.

[Later in the conversation]

VALERIO:    How much is it [a kilo of cocaine] going for over there [in the Boston area (where
            CUEVAS is)]?

CUEVAS:     It's at 41 [forty-one thousand dollars] over here.

VALERIO:    Hmm... I'm going to find out [the price of a kilo of cocaine in the New York
            area], regardless.

[Later in the conversation]

VALERIO:    Let me make a couple calls [apparently to find out the price of cocaine in his area]
            and I'll call you back.

CUEVAS:     Alright.

*November 13-15, 2014: CUEVAS and ANGEL discussed drug trafficking operations.*

127.    During six calls and one text message on November 13-15, 2014, described
immediately below, I believe that CUEVAS, on TT1, and ANGEL (CUEVAS's drug courier),
on (978) 530-8852, discussed: how much money ANGEL made selling cocaine; arrangements
for ANGEL to deliver the money to CUEVAS; that ANGEL needed cocaine to sell to customers;
and arrangements for CUEVAS to bring cocaine to ANGEL.

128.    On November 13, 2014, at 7:54 p.m., CUEVAS, on TT1, called ANGEL PEREZ
(ANGEL), on (978) 530-8852. During the call, CUEVAS asked ANGEL, "How did you do
today [how much money did you make selling cocaine]?" ANGEL replied, "Good. Good. Fine.
You know." CUVAS then asked, "Was it at least 2 pesos [two thousand dollars]?" ANGEL
replied, "More." CUEVAS responded, "I'll see you tomorrow [to get the money]."

129.    The next day, at 10:05 a.m. on November 14, 2014, CUEVAS, on TT1, sent the
following text message to ANGEL, on (978) 530-8852: "How long till you'll be at the house [at
CUEVAS's residence to deliver the drug money]?" Three minutes later, during an intercepted

call at 10:08 a.m. on November 14, 2014, ANGEL, on (978) 530-8852, told CUEVAS, on TT1, "I'll arrive in like 30 [minutes] for you at the house [to deliver the money]." At 1:00 p.m. that day, November 14, 2014, during an intercepted call between ANGEL, on (978) 530-8852, and CUEVAS, on TT1, ANGEL asked CUEVAS, "Are you still at the house?" CUEVAS responded, "I'm still here." ANGEL then said, "I'll be there in 15 minutes."

130.    The next day, November 15, 2014, at 1:20 p.m., during an intercepted call between ANGEL, on (978) 530-8852, and CUEVAS on TT1, ANGEL asked CUEVAS, "Are you guys going to come down to the store[16] in a bit?" After CUEVAS responded, "Yes", ANGEL asked, "So, you can bring me 10 small ones [ten small bags of cocaine]?" CUEVAS said, "Alright." During an intercepted call at 3:10 p.m. that afternoon between ANGEL, on (978) 530-8852, and CUEVAS, on TT1, ANGEL again asked CUEVAS, "Are you going to go by the store [to bring me the cocaine] or what?" After CUEVAS said, "Yes," ANGEL said, "I'll see you when you come over here. Can you bring me that [the ten small bags of cocaine]?" CUEVAS replied, "Yes." During an intercepted call at 5:34 p.m. that afternoon (November 15, 2014), ANGEL, on (978) 530-8852, asked CUEVAS, on TT1, "Did you get to the store yet [to bring ANGEL the cocaine]?" CUEVAS responded, "What's wrong with you? I came back [home] already. ANGEL then asked, "Did you leave me that [the cocaine] over there [at the store]?" CUEVAS answered, "Uh-huh [yes]." ANGEL then said, "Okay then. Thank you very much."

131.    Based on the investigation, my training and experience, and the training and

---

[16] Based on the investigation, including on intercepted calls and surveillance, agents have determined that the "store" is the Chelsea Discount Stop, a Bodega located at 472 Broadway in Chelsea, MA, which is owned and operated by CUEVAS and used by him to store drugs and drug proceeds.

experience of other law enforcement officers participating in the investigation, I believe that the facts described in the previous three paragraphs indicate that: on November 14, 2014, ANGEL delivered money to CUEVAS, at CUEVAS's residence, that ANGEL had made selling cocaine; and that on November 15, 2014, CUEVAS left cocaine for ANGEL to pick up and sell at CUEVAS's store (the Chelsea Discount Stop located at 472 Broadway in Chelsea).

> *December 4-6, 2014: CUEVAS and VICTOR discussed drug trafficking operations and money that CUEVAS owed VICTOR for a past purchase of cocaine.*

132.     On December 4, 2014, at 7:12 p.m., CUEVAS, on TT1, spoke to VICTOR, on TT2 (857-212-3523).  I believe that during the extended call (described below), CUEVAS and VICTOR discussed multiple subjects, including: that VICTOR was calling CUEVAS from his (VICTOR's) old phone number (TT2); that the old phone number (TT2) had been disconnected and was just turned back on; that the old phone number (TT2) was "good" because it was not in VICTOR's name and only CUEVAS had it; that VICTOR's other, new, phone number (believed to be TT3) was in his name; that CUEVAS owed VICTOR payment $41,000 for a kilo of cocaine that VICTOR purchased for CUEVAS from a supplier (believed to be the "old man"); that CUEVAS's cocaine business was slow and he was trying to sell the cocaine he had to raise the money he owed to VICTOR; that one of CUEVAS's regular cocaine customers (who ordinarily buys a half-kilo of cocaine) was buying cocaine more cheaply from another supplier (at $40,000 per kilo), and offered to sell CUEVAS a kilo for $42,000; that a supplier in Brighton, MA offered to sell CUEVAS four kilos of cocaine for $39,000 per kilo; that VICTOR was behind in payment to his supplier (believed to be the "old man") because he owed money for a kilo he obtained for CUEVAS and another kilo he purchased for himself; and that CUEVAS would see how much money he had and call VICTOR back.

CUEVAS:     Buddy! Why do you make me buy a new phone when you call me from the same phone [VICTOR's old phone number-TT2], jerk?

VICTOR:      [Laughs]  What was that?

CUEVAS:      You make me buy two phones so that you can call me from the same [old] phone [TT2]. Why is that?

VICTOR:      No, because this isn't the other one. This [TT2] is the one they disconnected on me. I had this [TT2] shut off. I shut it off.

CUEVAS:      No, but in any case, why are you calling me [on your old number (TT2)] for? Call me from the new one. Because just think about it...

VICTOR:      No, because this one is new. This one is new.

CUEVAS:      What do you mean it's a new one if it's your old phone number [TT2] that I already have?

VICTOR:      Yes, but only you have this one [this phone number-TT2], just you.

[Later in the conversation]

VICTOR:      So I left it [TT2] disconnected for like a month so now I just turned it back on again because this phone is new. It's a new iPhone.

[Later in the conversation]

VICTOR:      So nobody else has this phone number [TT2]. This phone number [TT2] is just for you. I gave it to you. The new one [other phone number (TT3)] that I gave to you... Buddy, let me tell you. The [other] number that I gave to you a couple days ago is under my name...

CUEVAS:      Mm-hm.

VICTOR:      In any case, you know that we sometimes talk trash but not this one [not on TT2]. This one [TT2] is good [secure/safe]. I'm going to use this one [phone number (TT2)] because it's not in my name [TT2 is not subscribed to VICTOR]. Do you understand me?

[Later in the conversation]

VICTOR:      So buddy, when are you going to take care of [pick up] that thing [kilo of cocaine] that you have put away [that VICTOR purchased for CUEVAS from his cocaine supplier (believed to be the "old man") and is holding for CUEVAS]?

CUEVAS:      No, buddy. It's [the cocaine business] very slow. This slowdown is killing me, buddy.

VICTOR:      It's very slow. You heard? It is indeed slow.

CUEVAS:     Buddy, I'm despaired [in despair about the kilo VICTOR paid for and is holding for CUEVAS]. You don't think I'm not [in despair] having that box [kilo of cocaine] put away [that VICTOR paid for and is holding for CUEVAS] there [presumably at their stash house (ADONIS TRONCOSO's apartment)]?

VICTOR:     Well, how long has it been more or less since you did the... [how long has it been since CUEVAS prepared/processed the last kilo of cocaine VICTOR bought for CUEVAS]

CUEVAS:     A month.

VICTOR:     But the ones [money] that you get for the [for selling the last kilo]... So did you take care of all of that [have you sold (and collected payment for)] all of the last kilo]?

CUEVAS:     Half, half of the box [CUEVAS has sold half of the kilo of cocaine] but I made one [CUEVAS cut/processed the remaining half-kilo of cocaine into one (whole) kilo]. Go figure, the half makes one.

VICTOR:     Uh-huh, yeah. Oh. So what's the plan now [when is CUEVAS going to pick up/pay for the kilo of cocaine VICTOR bought (from the "old man") and is holding for you]?

CUEVAS:     Well, it's the same. I think it's going to be next week [I'll pick up the kilo from you next week (after I get money from selling the cocaine I have)]. I'm going to have to do it [get money to pay you for the cocaine] by next week.

VICTOR:     So what happened to your friend [CUEVAS's cocaine customer (MARIO)] who always grabs [buys] half [half of a kilo]?

CUEVAS:     He's grabbing things [buying cocaine] cheaper, buddy, cheaper than [from] us.

VICTOR:     Really?

CUEVAS:     Yes, buddy. He offered [to sell] me it [a kilo of cocaine] even cheaper.  But why should I grab [buy] it [the kilo of cocaine] if I already have one [kilo of cocaine- the kilo VICTOR purchased and is holding for CUEVAS].

VICTOR:     That's rough.

CUEVAS:     I call him [CUEVAS's cocaine customer (MARIO)] and he does not even pick up the phone.

VICTOR:     So how much is he [CUEVAS's cocaine customer MARIO] offering it [a kilo of cocaine] for?

CUEVAS:     Ah.... At 42 [$42,000], buddy.

[Later in the conversation]

CUEVAS:     I'm telling you that a guy [cocaine supplier] here in Brighton [Brighton, MA] is
            offering me [cocaine at] 39 [thirty-nine thousand dollars per kilo].

VICTOR:     Uh-huh.

CUEVAS:     He has to give out [sell] at least four boxes [four kilos at a time].

VICTOR:     That must be it.

CUEVAS:     What he wants it for it to be one after the other [the four kilos have to be paid for
            close together in time].

VICTOR:     No, no, no. He's crazy.

CUEVAS:     That's the way things are, buddy.

[Later in the conversation]

VICTOR:     You asked me [to get you a kilo of cocaine] and I had that put away [purchased a
            kilo of cocaine] for you, I grabbed the other as well [I bought another kilo of
            cocaine for myself]. So right now I'm in a bind [regarding paying the cocaine
            supplier for the cocaine]. I've grabbed two [taken two kilos of cocaine from the
            supplier]. I have the one [kilo of cocaine] from [for] you that you have put away
            [that VICTOR is holding for CUEVAS] and I grabbed the other one [kilo of
            cocaine (for himself)].

CUEVAS:     So what are your people [the cocaine supplier] telling you?

VICTOR:     Well, just now I told them that they have to get something [I have to pay them
            something] so they can at least give me half and you didn't call me so I'm a little
            bit behind [in payment]. Right now I have two boxes [I owe the supplier for two
            kilos], yours and another one, because of you [because you asked me to buy one
            kilo for you and you haven't paid for it].

CUEVAS:     Hm, buddy, that's why I'm telling you it's cheaper [the price of cocaine is
            cheaper than when I asked you for the kilo] buddy.

VICTOR:     No but at least you could grab [pay for] the other one [the kilo I got for you] at
            what [the price] they gave it to me for; grab one [kilo], 4,1 [at $42,000]... at the
            least. I grabbed it [I bought it for you]. I have both of them there [VICTOR has
            both kilos at the stash house (ADONIS TRONCOSO's apartment)], the one [kilo
            of cocaine] that you have put away [that VICTOR purchased for CUEVAS] and
            the other one [kilo of cocaine VICTOR bought for himself].

CUEVAS:     Let me call you back...

VICTOR:     What I want is to at least come through for those people [pay the cocaine supplier for the two kilos of cocaine].

CUEVAS:     Let me call you back and see how much [money] I have.

VICTOR:     Huh?

CUEVAS:     I'm going to call you back and tell you how much [money] I have left.

      133.    The following day, on December 5, 2014, at 6:13 p.m., a call between CUEVAS, on TT1, and VICTOR, on (TT2), was intercepted on TT1.  I believe that during the call (described, in part, below) CUEVAS and VICTOR discussed: whether CUEVAS checked how much money he had (to pay VICTOR for cocaine VICTOR previously bought for CUEVAS); that VICTOR needed fifteen or twenty thousand dollars from CUEVAS; that VICTOR was in a bind with (owed money to) their cocaine supplier for the kilo of cocaine he bought for CUEVAS at a price of $41,000; and that CUEVAS would call VICTOR the next day so VICTOR could pick up money at CUEVAS's residence.

VICTOR:     So buddy, you haven't checked out the situation to see what you have [how much money CUEVAS has to pay VICTOR for cocaine VICTOR bought for him]? This way I can see if I head over there [to CUEVAS's residence to pick up the money].

[Later in the conversation]

VICTOR:     There has to be 20 right now [I need $20,000 right now].

[Later in the conversation]

VICTOR:     It has to be 15 or 20 right now [I need $15-20,000 right now.

[Later in the conversation]

VICTOR:     Look, it has to be [I have to have the money now]....Look, because .... I'm in a bind [because I owe the cocaine supplier money].

[Later in the conversation]

CUEVAS:     I'll let you know [how much money I have] tomorrow. I'll let you know this weekend. Leave it [the kilo of cocaine] for me there [at the stash house]. Don't worry about it.

67

[Later in the conversation]

CUEVAS:      Tomorrow I'll tell you [how much money I have] so you can come by [and pick up the money] and how much I have there.

[Later in the conversation]

CUEVAS:      So tomorrow I'll call you when I have that [the money CUEVAS owes VICTOR] there so you can come [pick up the money] and we'll go by there [possibly the stash house to process and/or pick up the cocaine] right away.

VICTOR:      Well, you let me know so I can take you.

134.   On December 6, 2014, at 7:37 p.m., VICTOR TRONCOSO (VICTOR), on TT2, spoke with CUEVAS, on TT1. During the intercepted call, CUEVAS told VICTOR: "The girl's there. She's thirty years old so you can come and see her."; and, "It's the guy's birthday. He's going to be thirty years old." VICTOR then asked CUEVAS, "Oh, so where are you?" CUEVAS replied, "I'm here at my house." VICTOR then said, "Ah, well I'll head over there in a little bit." Agents believe that during the call, CUEVAS was telling VICTOR in coded language that he had $30,000 to pay VICTOR for cocaine (that VICTOR had purchased for CUEVAS), and that VICTOR told CUEVAS that he would go (to CUEVAS's residence) to pick up the money.

135.   Approximately two hours and thirty-seven minutes after the phone call described immediately above, at 10:14 p.m., on December 6, 2014, VICTOR, using TT3 (phone number (617) 373-0881), called CUEVAS, on TT1. During the call, VICTOR told CUEVAS, "I'm here at the door." I believe that VICTOR was telling CUEVAS that he was at the door to CUEVAS's residence to pick up the money (payment for cocaine). Later that evening, on a video camera located near CUEVAS's residence at 346 Grove Street in Randolph, Massachusetts (and presumably as, or after, VICTOR TRONCOSO left CUEVAS's residence after picking up money from CUEVAS), agents observed VICTOR TRONCOSO at the door to

68

CUEVAS's residence and driving his car (a white Chrysler Crossfire automobile[17]) outside CUEVAS's residence.

*December 8, 2014: CUEVAS made arrangements with VICTOR and ANGEL to process and package cocaine at ADONIS' residence, with ADONIS' assistance.*

136. On December 8, 2014, the following eight calls (described in the paragraphs immediately below) between VICTOR and CUEVAS, and between CUEVAS and ANGEL, were intercepted on TT1. Based on the investigation, I believe that during the calls CUEVAS told VICTOR that he is going to their drug stash house (ADONIS TRONCOSO's apartment located at 1 Gardner Street in Roxbury, MA) to cut/process cocaine (believed to be the cocaine that VICTOR previously purchased for CUEVAS from his cocaine supplier and was storing at the stash house). Agents also believe that during the calls: CUEVAS asks VICTOR to tell ADONIS to open the door to the apartment/stash house for CUEVAS (which VICTOR agrees to do); that CUEVAS instructs ANGEL to buy "one big bottle" of cut/processing material to prepare/process cocaine and bring it to the stash house; that CUEVAS told VICTOR that the cocaine is of high quality, but that he can't find any cutting agent/processing materials to prepare the cocaine at the stash house (and that he sent ADONIS to buy some); that ANGEL told CUEVAS when he will arrive, and later that he is at the door of, the stash house (with the cutting agent); and that CUEVAS asks VICTOR to buy small plastic bags (in which to put small, street-level sale amounts, of cocaine for sale).

137. During an intercepted call on December 8, 2014, at 12:34 p.m., CUEVAS, on TT1, had the following conversation with VICTOR on (857) 212-3523 (TT2).

CUEVAS: Who's going to be at your place [apparently the stash house (ADONIS's

[17] As noted above, during the investigation, agents have frequently seen VICTOR TRONCOSO driving a white Chrysler Crossfire automobile bearing Massachusetts registration number FW617C, and which is registered to Victor A. Troncoso.

apartment)]?

VICTOR:       Oh, probably Adonis. Did you call him?

CUEVAS:      Oh. I'm going there [to the stash house] within an hour.

VICTOR:       Oh. I'm going to go today and take that [possibly more cocaine to be processed/prepared] over there.

CUEVAS:      No, but I'm going to your place [the stash house] in an hour to do some things [process/prepare cocaine] that I need to do.

VICTOR:       Oh, well I'm going to call him [ADONIS] now [apparently to tell ADONIS that CUEVAS is coming to the stash house].

138.    Approximately sixty-six minutes later, at 1:40 p.m. on December 8, 2014,

CUEVAS, on TT1, called VICTOR TRONCOSO (VICTOR), on TT2, and said, "Tell your guy

[ADONIS] to open the door [apparently of the stash house (ADONIS's apartment)] for me."

Shortly thereafter, VICTOR said, "Yes…let me call him [ADONIS]. I already told him you

were heading over there [to the stash house]."

139.    Forty-four minutes later, at 2:24 p.m. on December 8, 2014, ANGEL, CUEVAS's

drug courier/runner, on (978) 530-8852, had the following conversation with CUEVAS, on TT1.

ANGEL:       What do you want me to do?

CUEVAS:      I need you to buy me the stuff [apparently cut/material to process cocaine] you always get for me. Near that place...

ANGEL:       At the place where they sell weight loss products?

CUEVAS:      Yes.

ANGEL:       Oh okay. Do you need it now or can you wait?

CUEVAS:      I can wait for a bit.

ANGEL:       Alright, fine. I need to do a few things around there. I'll buy [the cut/material to process cocaine] and then go to your house.

CUEVAS:      No I'll be at Viejon's place [VICTOR's place (apparently, the stash house)].

ANGEL:      Alright, fine. Even better. I'll pass by and drop it off later.

    140.    Three minutes later, at 2:27 p.m. on December 8, 2014, the following conversation between VICTOR, on TT3 ((617) 373-0881), and CUEVAS, on TT1, was intercepted on TT1.

VICTOR:      Eh? You aren't picking up. Were you busy?

CUEVAS:      No. I'm here at your place [apparently the stash house]. I'm not busy. [Unintelligible]

VICTOR:      Viejon, did you check that [the cocaine]? Does it look pretty [is it high quality]?

CUEVAS:      Ah... it's pretty [it's high quality].

VICTOR:      The girl [the kilo of cocaine].

[Later in the conversation]

VICTOR:      Where is Adonis? What's going on?

CUEVAS:      I sent him to go buy something [materials to process the cocaine (possibly Acetone)]... everything is brand new here man. There isn't anything [cocaine processing materials [here.

VICTOR:      Why?

CUEVAS:      There isn't anything.

[Later in the conversation]

VICTOR:      But there's liquid [Cutting agent or Acetone] there.

CUEVAS:      Nope, there isn't. I sent Adonis to go buy some...

[Later in the conversation]

VICTOR:      It's fucked up man. There should be some of the liquid [cutting agent or Acetone] left.

[Later in the conversation]

VICTOR:      Viejon, can you light the candles please [to mask the smell of the cocaine preparation[18]]. Put it near the door [to the stash house/apartment (presumably so

---

[18] Based on my training and experience, candles are commonly used by cocaine

the smell of the cocaine preparation won't leak into the hallway outside the apartment)].

141.    Sixty-five minutes later, at 3:32 p.m. on December 8, 2014, CUEVAS, on TT1, called ANGEL, on (978) 530-8852.  During the call CUEVAS asked ANGEL, "How much longer [until you (ANGEL) arrive at the stash house with the cutting agent/cocaine processing material]?"  Angel replied, "Give me about 40 minutes.  I'm going to buy it [the cutting agent/cocaine processing material] right now."  Thirty-five minutes later, at 4:07 p.m. on December 8, 2014, ANGEL, on (978) 530-8852, called CUEVAS, on TT1, and asked, "You want the big bottle [apparently of cut/cocaine processing material] right?"  CUEVAS replied, "Yes, the big one please."  ANGEL then said, "Alright. I'll see you shortly."  At 5:11 p.m. on December 8, 2014, ANGEL, on (978) 530-8852, called Cuevas, on TT1, and told him, "Open the door [to the stash house (because he had arrived)].

142.  Approximately two hours and twenty-three minutes later, at 7:34 p.m. on December 8, 2014, CUEVAS, on TT1, called VICTOR on TT2.  During the call, CUEVAS told VICTOR, "Go into the Bodega and buy me the little bags [presumably little plastic bags used to hold small, street-level, amounts of cocaine for sale] please."

*January 21, 2015: CUEVAS purchased drugs from VALERIO and transported a portion of the drugs/money to an apartment/stash house in Brighton, and a portion to his residence, with assistance from ANGEL.*

143.  Described below, in the twelve paragraphs immediately following, are a series of intercepted phone calls, and related surveillance, on January 21, 2015 involving CUEVAS, Jose Valerio, a New York-based drug trafficker who supplied CUEVAS with cocaine, and some of their drug trafficking associates, including ANGEL, a drug courier/runner for CUEVAS, Sapo LNU, a drug trafficking associate of CUEVAS's, and Carlos Fuentes (Fuentes), a Chicago and

trafficers when preparing cocaine to mask the smell of the cocaine preparation process.

Mexican-based drug trafficker who is believed, based on the investigation, to be going into the drug business with CUEVAS in the Boston area. I believe that during the intercepted calls and related surveillance: Valerio arrives in Boston by car and meets with CUEVAS (at a CVS store in Brighton, MA); Valerio sells cocaine to CUEVAS (for money); the cocaine and money payment are transported to and from an apartment at 22 Chiswick Road in Brighton, MA that is used by CUEVAS as a drug stash house[19]; and the cocaine (or some of the cocaine) purchased by CUEVAS from Valerio is transported to CUEVAS's residence at 346 Grove Street in Randolph, MA.

144. At 6:17 p.m. on January 21, 2015, CUEVAS, on TT1, called Valerio, on (347) 553-9064, and asked, "How much longer [until you arrive with the cocaine]?" Valerio replied, "Uh...we'll be there between 7:05-7:10 [p.m.] or so." At 7:14 p.m., Valerio, on (347) 553-9064, told CUEVAS, on TT1, "five minutes [I'll be there in five minutes]." At approximately 7:20 p.m., HSI Special Agent Langille observed a gray Acura MDX, bearing Massachusetts license plate RWBW76 (a car regularly used by CUEVAS) (the gray Acura), parked on Chestnut Hill Avenue in Brighton, MA, near Englewood Avenue. (That location is approximately two blocks from 22 Chiswick Road in Brighton, MA, where CUEVAS maintains an apartment/drug stash house, and walking distance from the CVS store located at 1927 Beacon Street in Brighton, MA.) The gray Acura was unoccupied. At approximately 7:28 p.m., SA Langille observed a grey Toyota automobile bearing New York license plate GEL1791 (the "gray Toyota"), a car

---

[19] The building at 22 Chiswick Road in Brighton, MA is on the corner of Chiswick Road and Braemore Road in Brighton, MA. The main entrance to the building is on Chiswick Road (number 22). There is also a side entrance to the building at 28 Braemore Road. Cuevas's apartment/stash location is in the basement area of the building. (CUEVAS's apartment is alternatively identified as being located at 22 Chiswick Road or 28 Braemore Road in Brighton, MA.)

known to be used by Valerio, parked at the CVS located at 1927 Beacon Street, Brighton, MA. The vehicle was occupied by one individual, who was in the drivers' seat.

145.    Shortly thereafter, at 7:30 p.m. on January 21, 2015, Valerio, on (347) 553-9064, called CUEVAS, on TT1, and said, "I'm over here in the CVS parking lot] and I don't see you." CUEVAS replied, "I'm in here [in the] CVS buying something, I'll be right out."

146.    Shortly thereafter (apparently after Valerio went inside the CVS store to find CUEVAS), SA Langille observed CUEVAS and Valerio exit the CVS together and enter Valerio's gray Toyota automobile.  Moments later, the gray Toyota drove out of the CVS parking lot.  While maintaining surveillance of the gray Toyota, SA Langille observed, through the rear window, that the person in the rear passenger seat appeared to slouch down below the window, as if to avoid detection.  SA Langille also observed the driver frequently checking the rearview mirror (apparently to discover if law enforcement was following the gray Toyota).  A short time later, SA Langille saw the gray Toyota drive down Braemore Road in Brighton.  (The apartment located at 22 Chiswick Road in Brighton, MA, used by CUEVAS as a drug stash house, has a common door that exits onto Braemore Road.)  SA Langille discontinued surveillance (so as not to be seen by CUEVAS or Valerio).

147.    As indicated by the intercepted call described immediately below, I believe that Valerio (in the gray Toyota) dropped off CUEVAS near the stash apartment at 22 Chiswick Road, that CUEVAS went to the Chiswick Road apartment, and that Valerio stayed in the car (with the cocaine that he was selling to CUEVAS) and drove around to conduct counter-surveillance.  Specifically, at 7:48 p.m. on January 21, 2015, CUEVAS, on TT1, called Valerio, on (347) 553-9064.  Valerio told CUEVAS, "[I'm] still coming in and driving around [to conduct counter-surveillance]."  CUEVAS replied, "Look, take care of the bag [of cocaine] that I

74

have [that I just purchased from you] in the back, okay?" I also believe that believe that CUEVAS was telling Valerio (in coded language) that the coast was clear and that he (Valerio) should bring the cocaine into the Chiswick Road apartment. During an intercepted call at 7:59 p.m., Valerio, on (347) 553-9064, told CUEVAS, on TT1, "I'm at the corner."

148.    Shortly thereafter, Task Force Officer Peter Pasciucco saw Valerio's gray Toyota automobile parked, and unoccupied, on Braemore Road in Brighton, near the Chiswick Road apartment. I believe Valerio parked the gray Toyota there and took some of the cocaine he was selling to CUEVAS to the Chiswick Road apartment.

149.    A short time later, at 8:20 p.m. on January 21, 2015, CUEVAS, on TT1, called his drug trafficking associate Sapo LNU, on (781) 467-9747, and told him to bring him (CUEVAS) two regular coffees. At approximately the same time, Massachusetts State Police ('MSP") Officer Charles Kane, while conducting surveillance, saw a Hispanic man, believed to be SAPO LNU, leave the Dunkin Donuts store located at 1955 Beacon Street in Brighton, MA carrying three coffees and a case of water. Shortly thereafter, SA Langille saw the man believed to be Sapo LNU enter the common front door of 22 Chiswick Road (the building housing the stashhouse/apartment) using a key.

150.    Earlier that evening, at 7:42 p.m. on January 21, 2015, via a video camera located near CUEVAS's residence at 346-348 Grove Street in Randolph, MA, MSP Trooper Michael Crowley saw a man, later identified as ANGEL, come out of CUEVAS's Grove Street residence, get into a white Toyota Prius automobile regularly used by ANGEL and CUEVAS (the "white Prius"), and drive away. At approximately 8:42 p.m. that evening, SA Langille saw the white Prius travelling on Braemore Road in Brighton and turn left onto Chiswick Road. Moments later SA Langille saw ANGEL enter the common front door to 22 Chiswick Road using a key.

75

151.   Shortly thereafter, SA Langille saw ANGEL and an unidentified Hispanic man come out of the front door to 22 Chiswick Street in Brighton, MA (where CUEVAS's stash house/apartment is located). The unidentified Hispanic man was carrying a blue backpack that appeared to be full and weighted down. Both ANGEL and the unidentified Hispanic man looked around (as if conducting counter-surveillance), and walked in the direction of where the white Prius was parked. ANGEL and the unidentified Hispanic man walked several feet apart, apparently to make it appear that they were not together. I believe that the blue backpack contained some of the cocaine that CUEVAS purchased from Jose Valerio.

152.   A short time later, at approximately 8:51 p.m. on January 21, 2015, SA Langille saw CUEVAS and Valerio come out of the front door to 22 Chiswick Road in Brighton, MA and walk towards Valerio's gray Toyota automobile. SA Langille observed that while they were walking, CUEVAS and Valerio constantly looked around and into parked cars, apparently to detect the presence of law enforcement. Shortly thereafter, TFO Pasciucco saw CUEVAS and Valerio get into the gray Toyota. (According to TFO Pasciucco, one of the men got into the rear passenger seat, and the other got into the driver's seat.) The gray Toyota then drove away.

153.   Approximately five minutes later, at 8:56 p.m., SA Langille saw Valerio's gray Toyota automobile near 22 Chiswick Road. Moments later, SA Langille saw a man, believed to be CUEVAS, get out of the driver's seat of the vehicle carrying a heavily-weighted, black backpack. At approximately the same time, SA Langille saw a man, believed to be Valerio, get out of the rear passenger seat of the vehicle and get into the driver's seat. After the two men had a brief conversation, the gray Toyota drove away. Immediately thereafter, the man carrying the black backpack, believed to be CUEVAS, entered the common door to 22 Chiswick Street in Brighton, MA. I believe that the black backpack contained the remainder of the cocaine that

76

CUEVAS purchased from Valerio (and that CUEVAS was bringing the cocaine to the stash house/apartment).

154.    A short time later, SA Langille saw CUEVAS and a man identified as Carlos Fuentes, come out of the front door of 22 Chiswick Road and walk away.  Fuentes was carrying the heavily-weighted black backpack that SA Langille previously saw taken out of the gray Toyota and carried into 22 Chiswick Road.  Shortly thereafter, I saw CUEVAS and Fuentes walk towards and get into CUEVAS's gray Acura automobile.  The gray Acura then drove down Braemore Road in the direction of 22 Chiswick Road.  At approximately the same time, SA Langille saw Sapo LNU exit the front door to 22 Chiswick Road, look up and down the street, and look into vehicles parked on the street.  Shortly thereafter, SA Langille saw CUEVAS's gray Acura arrive and stop near 22 Chiswick Road. SA Langille saw Sapo LNU have a brief conversation with the occupants of the gray Acura.  The gray Acura then drove away.

155.    Shortly after 9:30 p.m. that evening (January 21, 2015), via the video camera located near CUEVAS residence at 346-348 Grove Street in Randolph, MA, MSP Trooper Crowley saw the gray Acura and the white Prius arrive at CUEVAS's residence.

*January 24, 2014: VICTOR TRONCOSO and RUBIA discuss whether ADONIS TRONCOSO had prepared/processed cocaine.*

156.    On January 24, 2015, at 5:17 p.m., VICTOR TRONCOSO (VICTOR), on TT2, received a call from YAHAIRA OVIANDO-SIERRA, a.k.a. RUBIA (RUBIA), on (781) 215-3624.  RUBIA is a drug courier/runner for VICTOR and is believed to be his wife.  During the call, described, in part, below, VICTOR and RUBIA discussed: whether ADONIS (VICTOR's son and drug trafficking associate) called RUBIA; that VICTOR wanted to speak with ADONIS because CUEVAS ("the Compadre") was at their drug stash house (ADONIS's apartment) and VICTOR wanted to know if "they" (ADONIS and CUEVAS) prepared any cocaine ("did

77

anything"); and that VICTOR left some cocaine ("stuff") there that they had not finished

processing/preparing, and that they need to finish processing/preparing.

VICTOR:      Did Adonis call you?

[Later in the conversation]

VICTOR:      I wanted to speak with Adonis because the "Compadre" [CUEVAS (VICTOR's
             drug partner)] was over there [at their drug stash house (ADONIS's apartment)]
             and I wanted to know if they [CUEVAS and ADONIS] did anything
             [prepared/processed any cocaine].

RUBIA:       Oh I don't know.

VICTOR:      I wanted to know if they did anything [prepared/processed cocaine].

[Later in the conversation]

RUBIA:       I don't know. If you don't want me to do it then call the "Compadre" [CUEVAS]
             and tell him to do it.

VICTOR:      My love... the "Compadre" will make/prepare it [the cocaine] but you simply put
             it [the cocaine] in the little things [put it in bags] right?

RUBIA:       Ah-ha, but you left some stuff [cocaine] there and we couldn't finish that day.
             Remember? We simply just have to put in the thing and pour the stuff in it... and
             be done. That's all we have to do.

VICTOR:      That's all I want to know. I want to know if they made into squares.

RUBIA:       No. I don't believe so...

VICTOR:      We simply have to package it.

RUBIA:       No they didn't do it.


*February 1, 2015: CUEVAS picked up drug proceeds from MARIO at MARIO's
residence.*

        157.   On February 1, 2015, at 8:42 a.m., CUEVAS, on TT1, called his drug customer

MARIO on (617) 470-9377.  I believe that during the call: MARIO told CUEVAS to stop by his

(MARIO's) residence and pick up money (payment for drugs); CUEVAS asked how much

money MARIO had; and MARIO said he had about twelve thousand dollars.

CUEVAS:     How have you been?

MARIO:      Good, if you want stop by and pick up as much [money (payment for drugs)] as you can.

CUEVAS:     Mm-hm, how much [money] do you have there?

MARIO:      About twelve [twelve thousand dollars].

CUEVAS:     Okay, I'll see you in about forty minutes.

MARIO:      How long?

CUEVAS:     In forty minutes.

MARIO:      All right then, I'll leave the door open. All right.

*February 5, 2015: CUEVAS discussed purchasing one kilogram of cocaine with VALERIO and VICTOR TRONCOSO.*

158.    On February 5, 2015, at 1:36 p.m., VICTOR TRONCOSO (VICTOR), on TT2, received a call from CUEVAS, on TT1. During the call, described below, VICTOR and CUEVAS discussed: whether VICTOR had arranged to buy cocaine (for himself and CUEVAS) from a supplier (believed to be the "old man"); that VICTOR's supplier told him "for the [upcoming] weekend"; that VICTOR was waiting (to buy cocaine) because CUEVAS said he (CUEVAS) was going to buy cocaine from his supplier (Jose Valerio) at the end of the week; that VICTOR was very low on cocaine; and that CUEVAS would call his cocaine supplier (Valerio) and call VICTOR back.

CUEVAS:     I've been calling you since yesterday to ask you what was going on with that guy [cocaine supplier (believed to be the "old man")], that friend of yours.

VICTOR:     No, he [the cocaine supplier] told me for the weekend [he would be able to sell VICTOR cocaine on the weekend]. The thing is that I'm waiting for you [CUEVAS] because you also said the end of the week [CUEVAS said he would buy cocaine (from his supplier-JOSE VALERIO) at the end of the week]. I [unintelligible] let you know, since you also said over the weekend, I said, "Let's wait until the old man [VICTOR's cocaine supplier (the "old man") arrives."

CUEVAS:      Oh, well alright. Let's see who arrives first [let's see which cocaine supplier (the "old man" or VALERIO) arrives to sell us cocaine first].

[Later in the conversation]

VICTOR:      Old man, I'm low [I have very little cocaine].   We have to see what we're going to do.

CUEVAS:      Huh?

VICTOR:      I'm a little low [on cocaine]. This is messed up.

CUEVAS:      Let me call this guy [VALERIO] in order to... Then I'll call you back.

VICTOR:      Call that guy to see what's up with him.

CUEVAS:      Alright then. This way he can assure me of something definite. Take care.

159.    Later that day, February 5, 2015, at 1:49 p.m., CUEVAS, on TT1, called phone number (646) 787-7123 and, after speaking to an unidentified woman, spoke to Jose Valerio (CUEVAS's New York-based cocaine supplier)[20].   I believe that during the call, described below, Valerio told CUEVAS that he (Valerio) was working on buying cocaine to sell to CUEVAS and was looking to buy cocaine "everywhere." CUEVAS expressed surprise that Valerio's cocaine suppliers ("they") hadn't told Valerio anything (about if and when they might have cocaine).   Valerio then told CUEVAS that the suppliers were going to let him (Valerio) know (about if and when they'd have cocaine), but hadn't contacted him.   Valerio also told CUEVAS that he would call CUEVAS as soon as the suppliers called him.

VALERIO:     You know it. I'm working on that [buying cocaine for CUEVAS]. I'm looking for that [cocaine] everywhere. With the temperature [possibly with the weather getting warmer] it comes in good.

CUEVAS:      Oh my! So then they [VALERIO's cocaine suppliers] haven't told you anything at all?

---

[20] Jose Valerio was identified by voice recognition.

VALERIO:     No, they were going to let me know [when they had cocaine] but nothing still. I'll call you right away. As soon as they call me, I'll call you.

*February 9, 2015: VICTOR and RUBIA discussed paying a cocaine supplier for a delivery of cocaine.*

160.   On February 9, 2015, VICTOR, on TT2, received a call from his drug courier/runner, and wife, YAHAIRA OVANDO-SIERRA, a.k.a. RUBIA (RUBIA), on (617) 373-0929. I believe that during the call (described, in part, below), VICTOR and RUBIA discussed whether she paid a cocaine supplier, "Chocho" (phonetic), for a delivery of cocaine.

VICTOR:      Did you give the money [payment for cocaine] to this guy already for the delivery [of cocaine]? To "Chocho" [Phonetic]

RUBIA:       I called him yesterday, but he told me he would come here today early to collect that [the money (payment for cocaine)].

*February 11, 2015: Police seized $107,590 from a hidden compartment in VALERIO's vehicle after VALERIO sold three kilograms of cocaine to CUEVAS. ANGEL, ADONIS and CLARITZA assisted in the transaction.*

161.   Based on the intercepted phone calls, related surveillance, and the subsequent police stop and search of Jose Valerio's car, all described below, I believe that on February 11, 2015: Jose Valerio (Valerio) met CUEVAS at 22 Chiswick Road in Brighton, MA (one of CUEVAS's drug stash houses); and Valerio sold CUEVAS approximately three kilos of cocaine in return for approximately $107, 590.

162.   On February 10, 2015, at 9:53 p.m., JOSE Valerio, on (347) 553-6064, called CUEVAS, on TT1. During the conversation, Valerio told CUEVAS, "The three sisters are for sure." CUEVAS replied, "Alright, and at what time will you come over?" Valerio said, "Very early." I believe that Valerio's statement "[T]he three sisters are for sure[.]" was code for: I can sell you three kilos of cocaine for certain. I also believe that VALERIO told CUEVAS he would deliver the cocaine to CUEVAS early the next day (February 11, 2015).

163.   At approximately 10:14 a.m. the next day, February 11, 2014, SA Langille, while

conducting surveillance, saw a Toyota Avalon automobile bearing New York Registration GEL1791, a car regularly used by Valerio, parked outside 22 Chiswick Road in Brighton, MA ("22 Chiswick Road"), a drug stash house/apartment used by CUEVAS. At 10:32 a.m., Valerio, on (347) 553-9064, phoned CUEVAS, on TT1, and said, "I was going to let you know that I parked well at the place [22 Chiswick Road]."

164.   Shortly thereafter, at approximately 10:49 a.m., CUEVAS, on TT1, spoke with Valerio, on (347) 553-9064. Valerio said he was going to "...take it [the cocaine] out [and bring it into the apartment/stash house]." CUEVAS replied, "I will see you inside [the stash house] then." At approximately the same time, while conducting surveillance, I saw CUEVAS and Valerio walking near, and towards, 22 Chiswick Road. Valerio was carrying a bag over his shoulder. CUEVAS was carrying three shopping bags. Based on the investigation, and my training and experience, I believe that the bag carried by Valerio contained cocaine, and the three shopping bags carried by CUEVAS contained money to pay for the cocaine.

165.   Later that day, at approximately 12:03 p.m. on February 11, 2015, CUEVAS's white Prius automobile was located at 1 Gardner Street in Roxbury, Massachusetts ("1 Gardner Street"), ADONIS's residence, and a drug stash house frequently used by CUEVAS and VICTOR (and ADONIS) to prepare/process cocaine and store drugs and drug money. A short time later, at 12:55 p.m. on February 11, 2015, CUEVAS, on TT1, spoke to VICTOR, on (849) 205-3523 (another phone number used by VICTOR during his visit to the Dominican Republic). During the intercepted call, agents believe that CUEVAS told VICTOR that he left cocaine for him at 1 Gardner Street ("I left there [at 1 Gardner Street] what you asked for [cocaine], that's it [.]"). Nine minutes later, at 1:04 p.m., CUEVAS, on TT1, again called VICTOR, on (849) 205-3523, and told him, "There is an extra [kilo of cocaine] there [at 1 Gardner Street] if you want."

Later in the conversation, CUEVAS told VICTOR, "I already left it [the cocaine] with ADONIS [at 1 Gardner Street (ADONIS's apartment)]." VICTOR replied, "Oh, you left one [kilo of cocaine] there?" CUEVAS responded, "Yes, no, I left him [ADONIS] two [kilos of cocaine]." Based on the investigation, and my training and experience, I believe that CUEVAS dropped off cocaine (approximately two of the kilos he had obtained from Valerio), and picked up money (some of the money owed to VALERIO for the cocaine) at the drug stash house located at 1 Gardner Street.

166.   A short time later, at approximately 1:27 p.m. on February 11, 2015, while conducting surveillance, I saw CUEVAS's white Prius automobile parked again near 22 Chiswick Road. At approximately the same time, at 1:29 p.m. on February 11, 2015, CUEVAS, on TT1, called Valerio, on (347) 553-9064, and told him to, "[O]pen the door." Valerio replied, "Okay." Based on the investigation, and on my training and experience, I believe CUEVAS returned to his drug stash house at 22 Chiswick Road with money to complete the drug deal with Valerio.

167.   At 2:24 p.m. that afternoon (February 11, 2015), CUEVAS, on TT1, called ADONIS, on (617) 953-2924. During the call, described below, I believe that CUEVAS told ADONIS that the money he had picked up from ADONIS earlier that day at 1 Gardner Street (part of the payment owed to Valerio for the cocaine purchase) was short by $1,455.

CUEVAS:     Hello Adonis. In the pack [of money] of three; among the packs you gave me; the one of three (3) remember?

ADONIS:     Yes.

CUEVAS:     In one [pack of money] there was 750 [dollars], in another there was 800 [dollars], and in another 510 [dollars], and in another 485 [dollars].

ADONIS:     How many was there?

CUEVAS:     In one there were 250 [dollars] missing, in another there were 200 [dollars]

missing, in another 490 [dollars] were missing, and another 515 [dollars missing].

ADONIS:      Did you just count them?

CUEVAS:      Yes. I was counting it here.

ADONIS:      Okay; so; how much [money] is there missing then?

CUEVAS:      $1,455.

ADONIS:      Okay.

CUEVAS:      I will pass by to pick that up shortly.

168.     Approximately minutes after the call described in the paragraph immediately above, while conducting surveillance, I saw CUEVAS and his drug courier/runner ANGEL walking near the area of the doorway to 22 Chiswick Road. CUEVAS, who was carrying a black bag, walked toward a gray Audi S4 automobile bearing Massachusetts Registration RT983 (the "Audi S4") that was parked nearby. (The Audi S4 is another car regularly used by CUEVAS in his drug business.) Shortly thereafter, I saw CUEVAS drive away in the Audi S4. At approximately the same time, I saw ANGEL drive away in the white Prius automobile (the car used earlier that day by CUEVAS). A little while later, at 3:19 p.m. on February 11, 2015, CUEVAS, on TT1, called ADONIS, on (617) 953-2924, and said, "Can you come down and open the door?" Based on the investigation, including the phone call described in the paragraph immediately above and the surveillance and phone call described in this paragraph, I believe that CUEVAS drove in his Audi S4 from 22 Chiswick Road to ADONIS's apartment/drug stash house located at 1 Gardner Street in Roxbury, MA to pick up (from ADONIS) the missing money to complete payment to Valerio for the three kilos of cocaine.

169.     Later that afternoon, at 5:33 p.m. on February 11, 2015, CUEVAS, on TT1, called VALERIO, on (347) 553-9064, and said, "I'm already on my way over there [22 Chiswick Road]. It's going to be like 30 to 40 [minutes] depending on the traffic. Based on the

investigation, and my training and experience, I believe that CUEVAS was telling Valerio he was returning to 22 Chiswick Road to complete the cocaine deal with Valerio.

170.    Approximately two hours and forty-five minutes later, at 8:18 p.m. on February11, 2015, CUEVAS, on TT1, called his wife (and drug trafficking associate), CLARITZA CUEVAS-GONZALEZ (CLARITZA), on (857) 719-3552, and asked, "Where are you dear?" After CLARITZA responded, "Near the gas station [.]" CUEVAS said, "Oh, well, come on in..."    At approximately the same time, while conducting surveillance, I saw CLARITZA arrive at 22 Chiswick Road in an Acura SUV automobile (the "Acura SUV"). Also at approximately the same time, I saw CUEVAS exit 22 Chiswick Road and enter the Acura SUV.  Immediately thereafter, I saw Valerio exit 22 Chiswick Road carrying several bags and a large comforter.  Valerio walked over to, and got into, his Toyota Avalon automobile.  After remaining parked and running for several minutes, both vehicles (the Acura SUV and the Toyota Avalon) pulled out and drove away, in tandem, in the direction of I-90 (the Massachusetts Turnpike).

171.    Very shortly thereafter, at 8:23 p.m. on February 11, 2015, CUEVAS, on TT1, called Valerio, on (347) 553-9064, apparently to lead him and give him directions back to New York.  During the call, CUEVAS told Valerio, "Go back and take a left here. I'm going to take you to 90 [I-90] here very quickly.  Approximately seventeen minutes later, at 8:40 p.m., CUEVAS, on TT1, called Valerio on (347) 553-9064, and told him, "So from here, you're going to grab the 90 [I-90]. I'm going to get off on 93 right now. After Valerio responded, "Yes, that's fine. Okay[.]", CUEVAS said, "You let me know when you get there [home]."

172.    At approximately 9:40 p.m. that evening, the Toyota Avalon, driven by Valerio, was stopped on Route 84 in Sturbridge, MA by MSP Trooper Francis Ducharme, who was

driving a marked MSP cruiser.   During a search of the Toyota Avalon, Troopers found an aftermarket electronic hidden compartment ("a hide") in the rear passenger seat containing approximately $107,590.00. The money was seized.   After denying knowledge of the money, Valerio was released. [21]

*February 13-16, 2015: FREDDY was arrested with 190 grams of cocaine, after which CUEVAS, VICTOR, ADONIS and RUBIA discussed FREDDY's arrest.*

173.     On February 13, 2015, Target Subject Miguel RiveraCosme, a.k.a, FREDDY (FREDDY), a drug runner/courier for VICTOR TRONCOSO, was arrested in Walpole, MA by Walpole, MA police immediately after he sold cocaine to a cocaine customer.   During a search incident to the arrest, FREDDY was found in possession of approximately 190 grams of cocaine. The intercepted calls described below concern FREDDY's arrest.

174.     On February 14, at 8:20 p.m., CUEVAS, on TT1 called VICTOR TRONCOSO (VICTOR), on TT2.   I believe that during the call, described below, CUEVAS and VICTOR discussed: whether FREDDY would be released on bail; and whether police found the cocaine in the secret compartment (the "hide") in FREDDY's car.

VICTOR:       Yes. What do you think? If they let him [FREDDY] go out on bail?

CUEVAS:       I doubt it Viejon.

VICTOR:       What else are they going to do?

CUEVAS:       No, let's see what the lawyer can do. God willing... we shouldn't make assumptions without knowing the facts.

[Later in the conversation]

CUEVAS:       There are many different cases. Perhaps we may be content with his results.

VICTOR:        We need to see if they also found the stuff [cocaine] there [in the secret

---

[21] Valerio was subsequently charged with, and is being held on, drug-related charges in New York state.

compartment (the hide) in FREDDY's car].

CUEVAS:     That's right because that [the cocaine] was stored away [in the hide] right?

VICTOR:     Yes. It was stored away, if he had it [the hide] closed.

CUEVAS:     Yes, but did he do the same thing as mine [possibly the hide in CUEVAS's cars]? Or no?

VICTOR:     No... no... It's [the hide in FREDDY's car is] in the back and near the cup holder.

CUEVAS:     Oh yes... yes... yes.
VICTOR:     It looks normal if it's closed [if the hide is closed]. Understand?   Only if it's closed. If they caught him with it open [with the hide open] then you'll be able to see everything [the cocaine].

[Later in the conversation]

VICTOR:     It's a mess. If they caught him with it [the hide] open then the problem is much bigger.

175.    On February 16, 2015, at 12:15 p.m., CUEVAS, on TT1, called VICTOR on TT2. I believe that during the call, CUEVAS and VICTOR discussed: that ADONIS was not answering CUEVAS's calls (apparently to get ADONIS to do something about FREDDY's arrest); and that FREDDY needed legal representation (in connection with his arrest on drug charges).  During the conversation, VICTOR said, "Call him [ADONIS] now, tell him to call Rubia [VICTOR's drug courier/runner RUBIA], and to call to see what is up with the thing [apparently FREDDY's arrest on drug charges and FREDDY's lawyer], because that boy [FREDDY] has to get representation [legal representation]."  Three minutes later, at 12:18 p.m. on February 16, 2015, CUEVAS, on TT1, called ADONIS, on (617) 953-2924. During the call, described below, I believed: that CUEVAS and ADONIS discussed: that CUEVAS was coming to see him in an hour; whether RUBIA had gone to see FREDDY (in jail) about his arrest; and that ADONIS was talking to her [RUBIA] at that moment ("right now").

CUEVAS:     Well, I'll see you [ADONIS] in about one hour my son.

87

[Later in the conversation]

CUEVAS:      What was I going to tell you? Has Rubia already went to see that [FREDDY (in
             jail)] or not yet?

ADONIS:      I'm talking to her [RUBIA] right now, I'm going to ask her and see what she did
             [whether she (RUBIA) had seen FREDDY].

CUEVAS:      Go ahead and ask her and let me know.

     176.   On February 16, 2015, at 1:26 p.m., RUBIA (VICTOR TRONCOSO's drug
courier/runner), on (617) 373-0929, called VICTOR, on TT2. During the call, described below,
VICTOR and RUBIA discussed: that a lawyer went to see FREDDY; that FREDDY could
receive a sentence of two or three years and be deported; and that it was unclear how much
cocaine FREDDY had at the time of his arrest.

VICTOR:      Talk to me.

RUBIA:       So the lawyer went to see Freddy, he will go see him today again to talk to Freddy
             about representing him. Umm, they [the police] have a lot of evidence of
             everything. Recordings, cameras, telephone numbers, and there are several
             individuals involved. He [the lawyer] doesn't know who they are, he will ask
             tomorrow in court who are the individuals involved; the ones that appear in the
             recordings, and all those things.

[Later in the conversation]

RUBIA:       Well, nothing, he was saying that he [FREDDY] could get 2-3 years, and then he
             will be deported to the Dominican Republic.  You know?

[Later in the conversation]

VICTOR:      Well, difficult [FREDDY's case is difficult], it was sale he did [FREDDY sold
             cocaine]... So then he still doesn't know what amount [how much cocaine] they
             got him with [the police found in FREDDY's possession]?

RUBIA:       Exactly, no. They will let him know tomorrow, you see? Depending on the
             amount, the pounds [of cocaine found by the police in FREDDY's possession], I
             don't know... You know?

     177.   Based on the foregoing, I submit that there is probable cause to believe that the
Target Subjects conspired with each other, and with others, to possess with intent to distribute,

and to distribute, cocaine, a Schedule II controlled substance, in violation of Title 21, United

States Code, Sections 846 and 841(a)(1), and aided and abetted, in violation of Title 18, United

States Code, Section 2.

Dean A. LeVangie, Task Force Officer
Department of Homeland Security
Homeland Security Investigations

Sworn to and subscribed to before me this _6th_ day of
July, 2015.

JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE

89